Hon. Richard A. Jones
Hon. J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| El PAPEL LLC, *et al.*, </br></br>　　　　　　　　　Plaintiffs, </br></br>　vs. </br></br>JAY R INSLEE, *et al.*, </br></br>　　　　　　　　　Defendants | No. 2:20-cv-01323-RAJ-JRC </br></br> NOTICE OF PENDENCY OF OTHER ACTION |

Defendant City of Seattle submits this notice under Local Civ. R. 3(h).

*Rental Housing Ass'n ("RHA") v. City of Seattle*, No. 20-2-13969-6 SEA, is pending in the Washington State Superior Court for King County in Seattle.

*RHA* challenges three City of Seattle ordinances: (1) a winter eviction ban; (2) an extension of certain tenant protections; and (3) a rent repayment plan requirement. *RHA* raises claims under only Washington law—it does not implicate federal law.

*RHA* relates to the action before this Court (*El Papel*) because both challenge the same ordinances providing an extension of certain tenant protections and imposing a rent repayment requirement and both raise contract impairment and takings claims that, although brought under different constitutions, are subject to the same legal analysis. The actions differ in that *RHA* includes claims beyond contract impairment and takings and each action challenges a law or laws the other does not.

NOTICE OF PENDENCY OF OTHER ACTION - 1
*El Papel LLC v. Inslee*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

The City does not believe coordination between the actions would avoid conflicts, conserve resources, or promote an efficient determination of the action.

Respectfully submitted October 2, 2020.

/s/ Jeffrey S. Weber, WSBA #24496
/s/ Roger D. Wynne, WSBA #23399
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
Assistant City Attorneys for Defendant City of Seattle

NOTICE OF PENDENCY OF OTHER ACTION - 2
*El Papel LLC v. Inslee*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200