UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EL PAPEL LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>JAY INSLEE, *et al.*,<br><br>                Defendant. | CASE NO. 2:20-cv-01323-RAJ-JRC<br><br>ORDER EXTENDING PRETRIAL DEADLINES |

This matter is before the undersigned on the parties' joint email request to strike the initial disclosure deadline set forth in the Court's pretrial scheduling order. *See* Dkt. 13. The parties request to be allowed to propose a different initial disclosure deadline in their October 23, 2020, joint status report.

The Court's pretrial scheduling order authorized the parties to request an extension by email, if they first met and conferred regarding the request. Dkt. 13, at 1. The parties have complied with the procedure for requesting an extension by email, and the Court will grant their request.

1    The Clerk shall strike the current initial disclosures deadline, and the parties shall propose
2  a different deadline in their joint status report.  Otherwise, the Court's pretrial scheduling order
3  (Dkt. 13) remains in effect.
4    Dated this 16th day of October, 2020.

J. Richard Creatura
United States Magistrate Judge