# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

EL PAPEL LLC, *et al.*,

        Plaintiffs,

   v.

JAY INSLEE, *et al.*,

        Defendants.

CASE NO. 2:20-cv-01323-RAJ-JRC

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE CONSOLIDTED REPLY IN EXCESS OF PAGE LIMITS

This matter is before the undersigned on plaintiffs' unopposed motion to file an overlength, consolidated reply brief to defendants' responses (*see* Dkts. 27, 28) to the motion for preliminary injunction (Dkt. 16).  *See* Dkt. 39.

Having considered plaintiffs' motion, and finding good cause, plaintiffs' motion (Dkt. 39) is hereby GRANTED.  Plaintiffs' consolidated reply brief in support of the motion for preliminary injunction (Dkt. 16) shall not exceed 18 pages.

Dated this 20th day of October, 2020.

J. Richard Creatura
United States Magistrate Judge