1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EL PAPEL LLC, *et al.*,

              Plaintiffs,

    v.

JAY INSLEE, *et al.*,

              Defendants.

CASE NO. 2:20-cv-01323-RAJ-JRC

ORDER ON UNOPPOSED
MOTION FOR LEAVE TO FILE
BRIEF OF AMICI CURIAE

This matter is before the Court on proposed *amici curiae*'s unopposed motion for leave to file a brief in opposition to plaintiffs' motion for preliminary injunction (Dkt. 16). *See* Dkt. 41. Proposed *amici curiae* attached a proposed brief in opposition to the instant motion. *See* Dkt. 41-1. Proposed *amici curiae* state that they have conferred with all parties as to this motion and that all parties are unopposed to the admission of the proposed *amicus* brief. *See* Dkt. 41, at 1.

"District courts may consider *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties

1  are able to provide." *Macareno v. Thomas*, 378 F. Supp. 3d 933, 940 (W.D. Wash. 2019)

2  (internal citations omitted).  "The 'classic role' of *amicus curiae* is to assist a court in a case of

3  public interest by 'supplementing the efforts of counsel,'" and "generally courts have 'exercised

4  great liberality' in permitting amicus briefs." *California v. U.S. Dep't of the Interior*, 381 F.

5  Supp. 3d 1153, 1163–64 (N.D. Cal. 2019) (quoting *Miller-Wohl Co. v. Comm'r of Labor &*

6  *Indust.*, 694 F.2d 203, 204 (9th Cir. 1982); *Woodfin Suite Hotels, LLC v. City of Emeryville*, No.

7  C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007)).

8         Having reviewed the instant motion and proposed *amicus* brief (*see* Dkts. 41, 41-1),

9  the Court finds that proposed *amici curiae*, a collection of public interest organizations, have

10  demonstrated that they have an interest in the issues presented to the Court in plaintiffs' motion

11  for preliminary injunction (Dkt 16).  *See California v. U.S. Dep't of the Interior*, 381 F. Supp. 3d

12  at 1164.  The Court further finds that the information contained in the proposed *amicus* brief

13  (Dkt. 41-1) to be helpful regarding the potential public interest ramifications beyond the parties

14  directly involved regarding the impact of plaintiffs' requested relief on low-income renters.  *See*

15  *Macareno*, 378 F. Supp. 3d at 940.

16         Accordingly, the Court finds good cause to GRANT the motion for leave to file the

17  proposed *amicus* brief.  Dkt. 41.  *Amici curiae* shall file the amicus brief on or before

18  October 23, 2020.

19         Dated this 21st day of October, 2020.

20

21

22

23  J. Richard Creatura
     United States Magistrate Judge

24