UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EL PAPEL LLC, *et al.*,

    Plaintiffs,

v.

JAY INSLEE, *et al.*,

    Defendants.

CASE NO. 2:20-cv-01323-RAJ-JRC

ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

    This matter is before the Court on *amici curiae* City of Chicago's, together with 16 local governments (collectively "*Amici*"), unopposed motion for leave to file an *amicus* brief in support of defendants' opposition (Dkts. 27, 28) to plaintiffs' motion for preliminary injunction (Dkt. 16). *See* Dkt. 44. *Amici* have attached a proposed *amicus* brief (Dkt. 44-1) to the instant motion and state that they have conferred with all parties as to this motion and that all parties are unopposed to the admission of the proposed *amicus* brief. *See* Dkt. 44, at 2.

    "District courts may consider *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has unique

information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Macareno v. Thomas*, 378 F. Supp. 3d 933, 940 (W.D. Wash. 2019) (internal citations omitted). "The 'classic role' of *amicus curiae* is to assist a court in a case of public interest by 'supplementing the efforts of counsel," and "generally courts have 'exercised great liberality' in permitting *amicus* briefs." *California v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1163–64 (N.D. Cal. 2019) (quoting *Miller-Wohl Co. v. Comm'r of Labor & Indust.*, 694 F.2d 203, 204 (9th Cir. 1982); *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007)).

Having reviewed the instant motion and proposed *amicus* brief (*see* Dkts. 44, 44-1), the Court finds that *Amici*, a collection of nationwide local cities and counties, have demonstrated that they have an interest in the issues presented to the Court in plaintiffs' motion for preliminary injunction (Dkt. 16). *See California v. U.S. Dep't of the Interior*, 381 F. Supp. 3d at 1164. The Court further finds that the information contained in the proposed *amicus* brief (Dkt. 44-1) to be helpful regarding the potential public safety and health ramifications beyond the parties directly involved regarding the impact of plaintiffs' requested relief on low-income and vulnerable renters. *See Macareno*, 378 F. Supp. 3d at 940.

Accordingly, the Court finds good cause to GRANT the motion for leave to file the proposed *amicus* brief. Dkt. 44. *Amici* shall file the *amicus* brief on or before October 23, 2020.

Dated this 22nd day of October, 2020.

J. Richard Creatura
United States Magistrate Judge

ORDER ON UNOPPOSED MOTION FOR LEAVE TO
FILE BRIEF AS AMICI CURIAE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION - 2