1

2

3

4

Honorable Richard A. Jones
Honorable J. Richard Creatura

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

5

6

7

8

9

10

11

12

EL PAPEL, LLC; BERMAN 2, LLC;
and KARVELL LI, an individual,

        Plaintiffs,

v.

JAY R. INSLEE, in his official capacity as
Governor of the State of Washington;
JENNY A. DURKAN, in her official
capacity as the Mayor of the City of Seattle; and
THE CITY OF SEATTLE, a municipal
Corporation,

        Defendants.

No. 2:20-cv-01323-RAJ-JRC

**BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES**

13

14

15

16

17

18

19

20

21

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1

## **TABLE OF CONTENTS**

2

TABLE OF AUTHORITIES ................................................................................................... i

3

SUMMARY OF ARGUMENT .............................................................................................. 1

4

ARGUMENT .......................................................................................................................... 2

5

    A.    The Eviction Moratorium Promotes Public Health and Safety by Ensuring Residents Have

          Stable Housing in Which to Social Distance and Shelter-in-Place ....................................... 3

6

         1.    Stay-at-Home and Social Distancing Guidance ................................................................ 4

7

         2.    Homelessness ...................................................................................................................... 5

         3.    Overcrowding ...................................................................................................................... 6

8

    B.    The Eviction Moratorium Promotes Public Health and Safety by Maintaining Economic

9

          Welfare ................................................................................................................................. 8

CONCLUSION ..................................................................................................................... 12

10

11

12

13

14

15

16

17

18

19

20

21

BRIEF OF *AMICI CURIAE* CITIES AND COUNTY
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1

**TABLE OF AUTHORITIES**

2

**CASES**

3
*Auracle Homes, LLC v. Lamont*,
    No. 3:20-cv-0829 (VAB), 2020 U.S. Dist. LEXIS 141500
4
    (D. Conn. Aug. 7, 2020) …………………………………...…………...3

5
*Baptiste v. Kennealy*,
    No. 1:20-cv-11335-MLW, 2020 U.S. Dist. LEXIS 176264
6
    (D. Mass. Sept. 25, 2020) …………………………………...………….3

*Chong Yim v. City of Seattle,*
7
    451 P.3d 694, 702 (Wash. 2019)………..……………………………3, 8

8
*Elmsford Apt. Assocs., LLC et al. v. Cuomo*,
    No. 20-cv-04062, 2020 WL 3498456 (S.D.N.Y. June 29, 2020)………………3

9
*Exxon Corp. v. Governor of Md.*,
    437 U.S. 117 (1978) ……………………………………………………....8

10
*Friends of Danny Devito v. Wolf*,
    227 A.3d 872 (Pa. 2020) …………………………………………………..3
11

*Golden Gate Rest. Ass'n v. City & Cty. of San Francisco,*
12
    546 F.3d 639, 648 (9th Cir. 2008)……………………………………….2

13
*HAPCO v. City of Philadelphia*,
    No. 20-3300, 2020 U.S. Dist. LEXIS 156327
14
    (E.D. Pa. Aug. 27, 2020) …………………………………...…...……...3

15
*Jacobson v. Massachusetts*,
    197 U.S. 11 (1905) ……………………………………………...……….2

16
*Kelley v. Johnson*,
    425 U.S. 238 (1976) ………………………………………...…….3

17
*Massachusetts Bd. of Ret. v. Murgia*,
    427 U.S. 307 (1976) …………………………………………………7
18

*Matorin v. Massachusetts*,
19
    No. 20-CV-01334 (Mass. Sup. Ct. Aug. 26, 2020) ……………………….3

20
*Pennell v. San Jose*,
    485 U.S. 1 (1988) …………………………………………………...3

21

BRIEF OF *AMICI CURIAE* CITIES AND COUNTY
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1

*San Francisco Apartment Ass'n v. City & Cty. of San Francisco*,
        881 F.3d 1169, 1179 (9th Cir. 2018)……………………………………………2, 3

2

*S. Bay United Pentecostal Church v. Newsom*,
        590 U.S. ___, 140 S. Ct. 1613 (2020)………………………………………..3

3

*Schnuck v. City of Santa Monica*,
        935 F.2d 171 (9th Cir. 1991) …………………………………………………...3

4

*State v. Dexter,*
        202 P.2d 906, 907 (Wash. 1949)………………………………………..…3

5

*Sylvia Landfield Trust v. City of Los Angeles*,……………………………………....4
        729 F.3d 1189 (9th Cir. 2013)

6

7

**STATUTES, RULES AND OTHER AUTHORITIES**

8

Seattle, Wash., Resolution 31938 (Mar. 16, 2020)…………………………………….1

9

Seattle, Wash., Ordinance 126075 (May 6, 2020)…………………………….…1

10

Seattle, Wash., Ordinance 126081 (May 15, 2020)...……………………………1

11

12

13

14

15

16

17

18

19

20

21

ii

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

BRIEF OF *AMICI CURIAE* CITIES AND COUNTY
CASE NO. 2:20-cv-05193-DDP-JEM

1

## SUMMARY OF ARGUMENT

2      At a moment of unprecedented crisis, state and local governments have been indispensable to

3  the public health and economic response to the COVID-19 pandemic. Standing at a crucial

4  cornerstone of health and welfare, and integral to that overall response, is housing security. Across

5  America, state and local governments—through a variety of means, including legislative actions,

6  executive orders, and judicial rules—have restricted or barred eviction proceedings during some or

   all of the current pandemic. Because of the critical role that eviction restrictions and other housing

7  security measures will continue to play in our collective and long-term response to COVID-19, the

8  City of Chicago, along with the Cities of Boston, Cambridge, Dayton, Gary, Los Angeles, Oakland,

9  Olympia, Portland, Santa Cruz, Santa Monica, St. Paul, Somerville, Tucson, and West Hollywood as

10 well as Cook County, and Santa Clara County (collectively, "*Amici* Cities and Counties"), submit

   this brief as *amicus curiae* in opposition to the motion for preliminary injunction and in support of

11 Defendants the City of Seattle, Governor Jay R. Inslee and Mayor Jenny A. Durkan.

12     *Amici* Cities and Counties address arguments in this case that have broad ranging

13 implications for state and local governments across the country. In summation, all of Plaintiffs'

14 arguments challenging Seattle, Wash., Resolution 31938 (Mar. 16, 2020), Seattle, Wash., Ordinance

15 126075 (May 6, 2020), and Seattle, Wash., Ordinance 126081 (May 15, 2020) (together, the

16 "eviction moratorium") should be rejected by this Court. First, the eviction moratorium falls

17 squarely within the City's police power to promote public health, safety, and welfare during a

18 pandemic and implicates no fundamental rights. The moratorium has done so by enabling residents

19 to shelter in place and socially distance. Additionally, by maintaining the economic welfare of

   tenants, the moratorium protects individuals and neighborhoods against the dangers and risks

20 associated with evictions, including health and safety harms. These housing stability safeguards are

21

1

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1   crucial as a matter of both the public health and economic response to the current crisis.

## ARGUMENT

2   The City of Seattle's eviction moratorium falls well within the expansive police power

3   authority granted to Washington cities to uphold public health and safety. Plaintiffs improperly

4   import a least restrictive means test into the police power context and mischaracterize the

5   governments' interests as limited to preventing homelessness.  Pls.'s Mot. for Prelim. Inj. 13-17,

6   ECF No. 16 (Sept. 21, 2020). This framing completely fails to address the evidence that the

7   moratorium rationally protects the health of all Seattle residents, including but not limited to

8   individuals at high risk of becoming homeless. The public health evidence overwhelmingly

9   demonstrates that access to stable housing is a crucial component of containing the novel

10   coronavirus ("COVID-19"). Eviction moratoriums have a substantial relation to public health when

    they ensure that all tenants maintain this access.

11   In the seminal case of *Jacobson v. Massachusetts*, the U.S. Supreme Court upheld

12   Massachusetts's authority to enforce its compulsory vaccination law. 197 U.S. 11 (1905). The Court

13   concluded that public health measures are constitutional so long as they demonstrate a "real or

14   substantial relation" to the protection of public health. *Id.* at 30-31; *accord Golden Gate Rest. Ass'n

15   v. City & Cty. of San Francisco*, 546 F.3d 639, 648 (9th Cir. 2008) (recognizing tradition of local

16   and state responsibility for public health and upholding local healthcare services ordinance). Here,

17   the eviction moratorium undoubtedly maintains a real and substantial relation to protecting the

    public health in the face of the COVID-19 pandemic by increasing housing stability and allowing

18   Seattle to implement social distancing and quarantining measures.

19

20

21

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

1    The eviction moratorium, moreover, does not discriminate against members of a protected

2  class nor implicate a fundamental right.[1] Because a limitation on the use of property does not

3  implicate a fundamental right, it need only be rational. *See, e.g.*, *Schnuck v. City of Santa Monica*,

4  935 F.2d 171, 174 (9th Cir. 1991) ("Rent controls violate due process only if 'arbitrary,

5  discriminatory, or demonstrably irrelevant' to a legitimate governmental purpose") (quoting *Pennell*

6  *v. San Jose*, 485 U.S. 1, 11 (1988)). As described in more detail below, Seattle's eviction

7  moratorium is rationally related to the City's intertwined interests in protecting the health of its

8  residents and promoting their economic security.

### A. The Eviction Moratorium Promotes Public Health and Safety by Ensuring Residents Have Stable Housing in Which to Social Distance and Shelter-in-Place

9    Federal and Washington law require public health regulations to have a rational connection

10  with the promotion of public health and safety. *See Kelley v. Johnson*, 425 U.S. 238, 247 (1976);

11  *State v. Dexter*, 202 P.2d 906, 907 (Wash. 1949) ("The police power of a state is declared . . . to

12  include all those regulations designed to promote the public convenience, the general welfare, the

13  general prosperity, and extends to all great public needs, as well as regulations designed to promote

14  the public health, the public morals, or the public safety") (citations omitted).[2] The eviction

15  _____

16  [1] Unless public health legislation impermissibly interferes with the "exercise of a fundamental right" or disadvantages a "suspect class," courts under the Equal Protection and Due Process Clauses use rational basis review. *See, e.g.*, *Massachusetts Bd. of Ret. v. Murgia*, 427 U.S. 307, 312 (1976). Both federal and Washington courts have found that landlords are not a protected class. *Sylvia Landfield Trust v. City of Los Angeles*, 729 F.3d 1189, 1191 (9th Cir. 2013) ("We apply rational basis review because landlords are not a protected class…"); *San Francisco Apartment Ass'n v. City*

17  *& Cnty. of San Francisco*, 881 F.3d 1169, 1179 (9th Cir. 2018) (same); *accord Chong Yim v. City of* Seattle, 451 P.3d 694, 702 (Wash. 2019) ("Laws regulating the use of property are therefore not subject to heightened scrutiny".)

18  [2] Federal and state courts have upheld public health measures on this basis in the context of COVID-19, including eviction moratoriums. *S. Bay United Pentecostal Church v. Newsom*, 590 U.S. ___, 140 S. Ct. 1613, 1613-14 (2020) (Roberts, C.J., concurring); *Friends of Danny Devito v. Wolf*, 227 A.3d 872 (Pa. 2020) (holding that the Pennsylvania

19  Governor could close all "non-life-sustaining" businesses by executive order); *Baptiste v. Kennealy*, No. 1:20-cv-11335-MLW, 2020 U.S. Dist. LEXIS 176264 (D. Mass. Sept. 25, 2020) (upholding eviction moratorium); *HAPCO v. City of Philadelphia*, No. 20-3300, 2020 U.S. Dist. LEXIS 156327 (E.D. Pa. Aug. 27, 2020) (same); *Matorin v. Massachusetts*,

20  Civil Action No. 20-CV-01334 (Mass. Sup. Ct. Aug. 26, 2020) (same); *Auracle Homes, LLC v. Lamont*, No. 3:20-cv-0829 (VAB), 2020 U.S. Dist. LEXIS 141500 (D. Conn. Aug. 7, 2020) (same); *San Francisco Apt. Ass'n v. City & Cty. of San Francisco*, No. CPF-20-517136 (Cal. Super. Ct., Cty. of San Francisco Aug. 3, 2020), appeal abandoned, No.

21  A160924 (Cal. Ct. App. Oct. 1, 2020) (same); *JL Props. Grp. B, LLC v. Pritzker*, No. 20-CH-601 (12th Cir. Ct., Will Cty., Ill. July 31, 2020) (same); *Gregory Real Estate & Mgmt. v. Keegan*, No. CV2020-007629 (Super. Ct. of Ariz.,

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

moratorium meets this standard by promoting public health in three distinct and critical ways: (1) ensuring efficacy of stay-at-home and social distancing guidance; (2) preventing homelessness; and (3) limiting housing overcrowding.

### 1.   Stay-at-Home and Social Distancing Guidance

Eviction moratoriums promote public health and safety by ensuring that stay-at-home orders can reduce the spread of COVID-19. Stay-at-home orders work to stop the spread of COVID-19 by limiting contagious contact outside of homes and thus lowering the number of new people infected by each case.[3] States that implemented stay-at-home orders saw a 48.6% reduction in new cases after three weeks and a 59.8% reduction in weekly fatalities.[4] States that imposed stay-at-home orders also saw a reduction in the average number of new people infected by a person sick with COVID-19 to less than one, a vital benchmark for successful suppression of the virus.[5] The reduction in spread happened because residents were able to stay at home, away from public transit and other public spaces.[6]

Eviction moratoriums play a crucial role in ensuring that stay-at-home orders are effective by preventing tenants from becoming homeless or relocating to overcrowded homes.[7] The economic downturn associated with the COVID-19 pandemic has increased the number of households at risk

---

Maricopa Cty. July 22, 2020) (same); *Elmsford Apt. Assocs., LLC et al. v. Cuomo*, No. 20-cv-04062, 2020 WL 3498456 (S.D.N.Y. June 29, 2020) (same).

[3] James H. Fowler et al., *The Effect of Stay-at-Home Orders on COVID-19 Cases and Fatalities in the United States*, medRxiv, 1, 10-11 (May 12, 2020), https://www.medrxiv.org/content/10.1101/2020.04.13.20063628v3.full.pdf.

[4] *Id*. at 8.

[5] Juliette T. Unwin et al., *Report 23: State-level Tracking of COVID-19 in the United States*, Imperial College London, 9 (May 28, 2020), https://www.imperial.ac.uk/media/imperial-college/medicine/mrc-gida/2020-05-28-COVID19-Report-23-version2.pdf.

[6] *Id*. at 4.

[7] *See* Declaration of Kathy Lofy, MD ¶ 19, ECF No. 31 (October 4, 2020), (State Health Officer and Chief Science Officer at the Washington State Department of Health stating that evicted tenants would move in with family or into other congregate settings, increasing in-person contacts and making COVID-19 transmission likelier.)

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

of eviction.[8] Even under normal circumstances, evictions cause substantial increases in both homelessness and overcrowding, as people lose their homes and either have no place to go or find shelter wherever they can.[9] With public and nonprofit housing assistance and other social services strained due to tight budgets and rising need, experts predict that if the eviction moratorium is lifted, increases in homelessness and overcrowding will be more severe than normal.[10] Homelessness and overcrowding will in turn increase the risk of both individual infection and uncontrolled outbreaks because individuals cannot effectively socially distance.

### 2. Homelessness

Homelessness increases the risk of infection and death caused by COVID-19. The Centers for Disease Control and Prevention ("CDC") noted that observing their recommended precautions to avoid contracting COVID-19, such as avoiding public spaces and frequent handwashing, may be impossible for people experiencing homelessness.[11] Homelessness can create additional health problems and accelerate aging for those who experience it chronically, which places this generally older population at particularly high risk for severe illness and death from COVID-19.[12] In other states, as individuals experiencing homelessness crowd into shelters without resources to fully implement safe practices, these shelters have become hotspots for community spread, threatening the

---

[8] Declaration of Jim Baumgart ¶¶ 7, 12, 18, ECF No. 29 (Senior Policy Advisor for the Governor describing the impact the economic downturn has had on tenants' ability to pay rent).

[9] Kimberly Skobba & Edward G. Goetz, *Mobility Decisions of Very Low-Income Households*, 15.2 Cityscape: J. Pol'y Dev. & Res. 155, 158 (2013).

[10] Jen Kirby, *America's Looming Housing Catastrophe, Explained*, Vox (July 8, 2020), https://www.vox.com/21301823/rent-coronavirus-covid-19-housing-eviction-crisis.

[11] *People Experiencing Homelessness*, Ctrs. for Disease Control & Prevention (June 12, 2020), https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/homelessness.html.

[12] Dennis P. Culhane et al., *Estimated Emergency and Observational/Quarantine Capacity Need for the US Homeless Population Related to COVID-19 Exposure by County; Projected Hospitalizations, Intensive Care Units and Mortality*, Nat'l All. to End Homelessness, 2-5 (Mar. 27, 2020), https://endhomelessness.org/wp-content/uploads/2020/03/COVID-paper_clean-636pm.pdf.

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

broader public health.[13] While shelters in Washington have implemented a range of COVID-19 safety protocols to reduce spread, infection control remains very difficult and several Seattle homeless shelters have experienced spikes in COVID-19 outbreaks since August.[14]

### 3. Overcrowding

Overcrowding or "doubling up" of households in non-shelter housing presents similar risks. Multiple studies have found that neighborhoods with a higher proportion of overcrowded homes had higher rates of infection, with greater risks especially for the elderly living in close quarters with younger people.[15] These studies reinforce the data and other evidence submitted by the Defendants, which demonstrates that communities with higher percentages of overcrowding generally have had higher case infection rates.[16] Household members cannot effectively socially distance when they share common areas such as restrooms and may even share sleeping quarters. Essential workers in sectors with exposure to the general public, like food service and healthcare, also face disproportionate overcrowding, heightening the risk of overcrowding-related COVID-19 exposure to themselves, their households, and the community.[17]

---

[13] *See, e.g.*, Vianna Davila, *Coronavirus Hot Spots in Texas Homeless Shelters Highlight Challenges Unsheltered Residents Face Social Distancing, Staying Clean*, Tex. Trib. (May 24, 2020), https://www.texastribune.org/2020/05/24/texas-homeless-shelters-coronavirus-houston-austin-dallas/.

[14] Scott Greenstone & Sydney Brownstone, *COVID-19 Spike in Seattle Shelter Amplifies the Many Uncertainties Facing King County's Homeless in the Fall*, Seattle Times (Aug. 25, 2020), https://www.seattletimes.com/seattle-news/homeless/covid-19-spike-in-seattle-shelter-amplifies-the-many-uncertainties-facing-king-countys-homeless-in-the-fall/; *see also* Emily Mosites et al., *Assessment of SARS-CoV-2 Infection Prevalence in Homeless Shelters — Four U.S. Cities, March 27–April 15, 2020*, 69 Mortality & Morbidity Wkly. Rep. 521 (May 1, 2020), https://www.cdc.gov/mmwr/volumes/69/wr/mm6917e1.htm (documenting outbreaks in three shelters in Seattle that infected 17% of residents and staff members).

[15] *COVID-19 Cases in New York City, a Neighborhood-Level Analysis*, NYU Furman Ctr. (Apr. 10, 2020), https://furmancenter.org/thestoop/entry/covid-19-cases-in-new-york-city-a-neighborhood-level-analysis; *see also* Lofy Dec., ¶¶ 18-19); Jackie Botts & Lo Bénichou, *The Neighborhoods Where COVID Collides with Overcrowded Homes*, CalMatters (June 12, 2020), https://calmatters.org/projects/california-coronavirus-overcrowded-neighborhoods-homes/.

[16] *See* Lofy Dec. ¶ 19.

[17] Marisol Cuellar Mejia & Paulette Cha, *Overcrowded Housing and COVID-19 Risk Among Essential Workers*, Pub. Pol'y Inst. of Cal. (May 12, 2020), https://www.ppic.org/blog/overcrowded-housing-and-covid-19-risk-among-essential-workers/.

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

As cases continue to rise nationally, experts also anticipate a "third wave" of community spread, even in states and localities that have significantly reduced the number of active COVID-19 cases.[18] Since the beginning of October, case rates in King County have begun to spike for the third time, and the rate of hospitalizations in Washington has begun to rise again.[19] Low existing immunity in the general population and the contagiousness of the virus both make a resurgence more likely.[20] Even after rigorous shelter-in-place orders, New York City and the State of Wisconsin have re-imposed public health orders in response to community spread.[21] Local governments as service providers also have shifted resources to treat and prevent COVID-19 and influenza cases in the fall and winter.[22] Absent the maintenance of the eviction moratorium, a worsening public health crisis could accelerate as households are evicted just as COVID-19 cases begin rising again.[23] At increased risk of contracting and spreading COVID-19 due to homelessness or overcrowded housing, those

---

[18] David Wallace-Wells, *The Third Wave of the Pandemic Is Here*, N.Y. Intelligencer (Oct.12, 2020), https://nymag.com/intelligencer/2020/10/the-third-wave-of-covid-19-is-here.html.

19 *Daily COVID-19 Outbreak Summary*, King Cnty. Dep't of Pub. Health (Oct.15, 2020), https://www.kingcounty.gov/depts/health/covid-19/data/daily-summary.aspx; Ryan Blethen, *COVID-19 Cases Could be Creeping Up Across Washington,* Seattle Times (Sept. 30, 2020), https://www.seattletimes.com/seattle-news/health/covid-19-cases-could-be-creeping-up-across-washington/.

[20] Tyler S. Brown & Rochelle P. Walensky, *Serosurveillance and the COVID-19 Epidemic in the US: Undetected, Uncertain, and Out of Control*, JAMA Network (July 21, 2020), https://jamanetwork.com/journals/jama/fullarticle/2768835.

[21] Gregory Barber, *New York Is Trying Targeted Lockdowns. Will It Stop a Second Wave?*, WIRED (Oct. 12, 2020), https://www.wired.com/story/new-york-is-trying-targeted-lockdowns-will-it-stop-a-second-wave/; Alison Durkee, *Wisconsin Judge Upholds Mask Mandate As Coronavirus Cases Surge*, Forbes (Oct. 12, 2020) https://www.forbes.com/sites/alisondurkee/2020/10/12/wisconsin-judge-upholds-mask-mandate-as-coronavirus-cases-surge/ - 251433fb3821.

[22] *See, e.g.*, *With COVID-19 Increasing Risk, Santa Clara County Offers Free Flu Shots*, CBS SF Bay Area (Sept. 17, 2020) (expanding vaccination efforts), https://sanfrancisco.cbslocal.com/2020/09/17/santa-clara-county-offering-free-flu-shots-as-covid-19-increases-risk/; Cyrus Moulton, *Worcester Health Officials Work to Ward Off COVID, Flu Season 'Twindemic'*, Telegram (Oct. 10, 2020), https://www.telegram.com/news/20201010/worcester-health-officials-work-to-ward-off-covid-flu-season-twindemic.

[23] *See* Emily A. Benfer et al., *Public Health Amici Curiae Brief in Support of the Centers for Disease Control and Prevention Eviction Moratorium*, at 27-28 (Oct. 12, 2020), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3708504 (lifting state eviction moratoriums associated with 2.1 times higher mortality and 1.5 times higher incidence of COVID-19).

---

7

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1   evicted from their residences could spark new outbreaks and undermine Washington's continuing

2   efforts to address the pandemic.[24]

### B. The Eviction Moratorium Promotes Public Health and Safety by Maintaining Economic Welfare

3

4   The eviction moratorium is also essential to maintaining the economic security of Seattle

5   residents. The severe harms caused by the nearly unparalleled national economic crisis instigated by

6   the pandemic imperil the public welfare of our communities. Even if the eviction moratorium is

    considered solely through the lens of economic regulation (rather than as a public health measure,

7   which it is as well), state and local governments are still granted broad deference in review. *See, e.g.,*

8   *Exxon Corp. v. Governor of Md.*, 437 U.S. 117, 125-26 (1978); *Yim v. City of Seattle*, 451 P.3d 694,

9   702 (Wash. 2019) ("We have returned to the original constitutional proposition that courts do not

10  substitute their social and economic beliefs for the judgment of legislative bodies, who are elected to

11  pass laws.") (quotations omitted). Under the Washington Constitution, when cities exercise their

    police power to promote public welfare, "ordinances are presumed valid, and this presumption is

12  overcome only by a clear showing of arbitrariness and irrationality." *See Yim,* 451 P.3d at 702, 704.

13  Given the scale of the economic crisis faced by Seattle and the rest of the country, and the

14  devastating consequences of eviction on economic stability and public health and safety, a temporary

15  eviction moratorium against cases that do not involve an imminent threat to health and safety during

16  the emergency and a limited moratorium on nonpayment cases after the emergency lifts is an

17  appropriate exercise of the City's authority.

18  _____

    [24] *See* Lofy Dec., ¶34 ("While mitigation efforts in Washington State helped reduce the spread of COVID-19…cases
19  have recently begun to rebound, likely due at least in part to the cooler fall weather leading people to spend more time
    indoors.")

20

21

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1   Our residents are struggling economically. Between February and April of this year, the

2   national unemployment rate increased from a low of 3.5% to a peak of 14.7%.[25] Accounting for

3   misclassified workers and workers who have left the workforce, the effective unemployment rate

    was likely still 11% in September, despite extraordinary measures taken by the federal, state, and

4   local governments.[26] In March, Seattle experienced the largest year-to-year jump in unemployment

5   rate of any city in the US,[27] and ultimately peaked in April with an unemployment rate of 16.1%.[28]

6   Although the Seattle area's unemployment rate has decreased to 7.2% in September, it remains

7   nearly double the unemployment rate in September 2019.[29]

8   Other indicators, such as rising food insecurity, further illustrate the economic peril that so

    many families across the country are facing right now. Nationally, enrollment in the Supplemental

9   Nutrition Assistance Program ("SNAP" or "food stamps") has increased by more than six million

10  Americans since the beginning of the crisis,[30] while King County saw an 18% increase in enrollment

11  the State's Basic Food program between January and June.[31] Food insecurity was the second most

12

13  [25] *Civilian Unemployment Rate*, U.S. Bureau of Lab. Stat., https://www.bls.gov/charts/employment-situation/civilian-unemployment-rate.htm (last visited Oct. 13, 2020).

14  [26] Scott Horsley, *Fed's Jerome Powell Calls for More Economic Aid, Warning 'Weakness Feeds on Weakness'*, NPR (Oct. 6, 2020), https://www.npr.org/2020/10/06/920770414/feds-jerome-powell-calls-for-more-economic-aid-warning-weakness-feeds-on-weaknes; Rakesh Kochhar, *Unemployment Rose Higher in Three Months of COVID-19 Than It Did*
15  *in Two Years of the Great Recession*, Pew Res. Ctr. (June 11, 2020) (documenting peak of unemployment during Great Recession at 10.6%).

16  [27] Callie Craighead, *Report: Seattle has Biggest Year-to-Year Increase in Unemployment Rate of Any US City*, Seattle P-I (Apr. 30, 2020), https://www.seattlepi.com/coronavirus/article/seattle-biggest-increase-unemployment-rate-in-us-15234851.php.

17  [28] *Economy at a Glance: Seattle-Bellevue-Everett, WA*, U.S. Bureau of Lab. Stat. (Oct. 15, 2020), https://www.bls.gov/eag/eag.wa_seattle_md.htm.

18  [29] *Monthly Employment Report*, Emp. Sec. Dep't (Sept. 2020), https://esdorchardstorage.blob.core.windows.net/esdwa/Default/ESDWAGOV/labor-market-info/Libraries/Economic-reports/MER/MER%202020/MER-2020-09.pdf.
19
    [30] Dottie Rosenbaum, *Boost SNAP to Capitalize on Program's Effectiveness and Ability to Respond to Need*, Ctr. on Budget & Pol'y Priorities (July 18, 2020), https://cbpp.org/research/food-assistance/boost-snap-to-capitalize-on-20  programs-effectiveness-and-ability-to-respond.

    [31] *Increases in Food Needs in King County, WA Spring-Summer 2020*, King Cnty. Dep't of Pub. Health (Aug. 2020), https://www.kingcounty.gov/depts/health/covid-19/data/impacts/~/media/depts/health/communicable-21  diseases/documents/C19/food-insecurity-brief-report-august-2020.ashx.

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

common reason King County residents sought social services during the spring, and it persists as a problem.[32] Residents in our communities have lost their healthcare coverage, which places them at greater risk of further economic devastation should they fall ill.[33] Uninsured people may also face barriers in seeking medical care, hampering the broader public health response to the COVID-19 pandemic.[34]

Finally, due to surging unemployment and other economic factors, 1 in 6 renters nationally reported that they were unable to pay their full September rent on time.[35] In September, less than 60% of Seattle renters were highly confident that they would be able to pay rent in October.[36] One study estimates that up to 40 million renters nationwide could be at risk of eviction in the coming months[37]—up from estimates of around 20 million at risk in June.[38] These issues compound in a vicious cycle: for instance, while unemployment can cause difficulty in paying rent, housing insecurity also leads to job loss among low-income workers.[39] If left unaddressed, these intersecting crises will only accelerate the economic downturn.

---

[32] *Id.*

[33] Stan Dorn, *The COVID-19 Pandemic and Resulting Economic Crash Have Caused the Greatest Health Insurance Losses in American History*, Families USA (July 17, 2020), https://www.familiesusa.org/resources/the-covid-19-pandemic-and-resulting-economic-crash-have-caused-the-greatest-health-insurance-losses-in-american-history/.

[34] Jennifer Tolbert, *What Issues Will Uninsured People Face with Testing and Treatment for COVID-19?*, Kaiser Fam. Fdn. (Mar. 16, 2020), https://www.kff.org/coronavirus-covid-19/fact-sheet/what-issues-will-uninsured-people-face-with-testing-and-treatment-for-covid-19/.

[35] Annie Nova, *Millions of Americans May Not be Able to Pay Their Rent in October*, CNBC (October 2, 2020), https://www.cnbc.com/2020/10/02/millions-of-americans-may-not-be-able-to-pay-rent-in-october.html.

[36] *Week 15 Household Pulse Survey*, U.S. Census (Oct. 7, 2020) (examine Table 2b and the "Seattle Metro Area" tab) https://www.census.gov/data/tables/2020/demo/hhp/hhp15.html; *see also* Baumgart, Decl. ¶8 ("By one estimate, up to 789,000 Washingtonians are at risk of eviction by the end of 2020.")

[37] Emily Benfer et al., *The Covid-19 Eviction Crisis: An Estimated 30-40 Million People in America Are at Risk*, Nat'l Low Income Hous. Coal. (Aug. 7, 2020), https://nlihc.org/sites/default/files/The_Eviction_Crisis_080720.pdf.

[38] Katherine Lucas McKay et. al., *20 Million Renters Are at Risk of Eviction; Policymakers Must Act Now to Mitigate Widespread Hardship*, Aspen Inst. (June 19, 2020), https://www.aspeninstitute.org/blog-posts/20-million-renters-are-at-risk-of-eviction/.

[39] Matthew Desmond & Carl Gershenson, *Housing and Employment Insecurity Among the Working Poor*, 63 Soc. Problems 54, 59 (2016) (finding that forced moves, including evictions, increase the likelihood of job loss among low-income workers by 15 to 22 percentage points.)

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

*Amici* have particularly strong economic interests in keeping people housed during this crisis. Stable housing is associated with maintaining stable employment, which is especially important during a time when so many people are already at risk of losing their jobs.[40] Job loss and evictions compromise family savings, which in turn "put[s] pressure on city budgets" by increasing the likelihood that people turn to public benefits.[41] Cities will simultaneously lose revenue from unpaid utility bills and other revenue streams.[42] Temporary eviction moratoriums ensure local governments can direct limited resources toward the most vulnerable populations.

Confronted with this potential economic devastation, the City Council's decision to impose an eviction moratorium is a reasonable and appropriately tailored regulation to ensure the economic stability and health and safety of the public. Numerous studies have found that evictions cause severe and negative health and safety impacts on affected households and their communities, with particularly pernicious effects on low-income communities and communities of color.[43] Evictions increase the likelihood of contact with the criminal justice system,[44] employment instability,[45]

---

[40] *See* Baumgart Dec., ¶ 7, 18 ("[M]ore than six times as many people [are] claiming unemployment benefits in Washington than there were a year ago," reflecting job loss or curtailed employment hours).

[41] *See, e.g.*, Signe-Mary McKernan, et al, *Thriving Residents, Thriving Cities: Family Financial Security Matters for Cities*, Urban Inst. (Apr. 21, 2016), https://www.urban.org/research/publication/thriving-residents-thriving-cities-family-financial-security-matters-cities; *see also* Rachel Garg et al., *Rent Requests Higher in States with Few Protections for Renters*, Wash. U. in St. Louis (documenting that requests for rental assistance have increased 92% in states with lower tenant protections and 68% in states with stronger protections since the pandemic began).

[42] Signe-Mary McKernan, *supra* note 41; For example, in 2019, the City of Chicago lost between $68 million and $157 million on evictions, unpaid property taxes, and unpaid utility bills. Diana Elliot and Kassandra Martincheck, *Chicago: The Cost of Eviction and Unpaid Bills of Financially Insecure Families for City Budgets*, Urban Inst. (Nov. 2019), https://www.urban.org/sites/default/files/publication/101301/cost-eviction-chicago.pdf.

[43] *See* Timothy A. Thomas et al., *The State of Evictions: Results from the University of Washington Evictions Project* (Feb. 17, 2019) (documenting racial disparities in evictions in King, Pierce, and Whatcom counties), https://evictions.study/washington/results.html.

[44] Aaron Gottlieb & Jessica W. Moose, *The Effect of Eviction on Maternal Criminal Justice Involvemen*t, 4 Socius: Socio. Res. Dynamic World 6-10 (2018).

[45] Matthew Desmond & Carl Gershenson, *supra* note 39, at 54–61.

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

maternal hardship and depression,[46] relocation to higher-poverty and higher-crime neighborhoods,[47]

drug use,[48] and poor health, particularly for children exposed to toxins, stress, and other dangerous

conditions resulting from homelessness or substandard, overcrowded housing.[49]

\*       \*       \*       \*

Given the extensive public health and economic welfare impacts of a potential wave of mass

evictions, and given the centrality of housing stability to the City's public health response to

COVID-19, the City of Seattle's decision to temporarily halt nonpayment evictions was not only

reasonable, but it was also the correct choice. An eviction moratorium is an effective means to

promote public health and economic welfare during the ongoing global pandemic both because

keeping people inside and housed curbs the spread of the virus, and because ensuring housing

stability contributes to job retention and strengthens local economies. Accordingly, the eviction

moratorium is reasonably tailored in duration and reach to support this crucial public purpose.

## CONCLUSION

For all the foregoing reasons, and for the reasons provided in opposition by Defendants the

City of Seattle, Governor Jay R. Inslee and Mayor Jenny A. Durkan, *Amici* Cities and Counties

respectfully request that the motion for preliminary injunction be denied.

---

[46] Matthew Desmond & Rachel T. Kimbro, *Eviction's Fallout: Housing, Hardship, and Health*, 94 Soc. Forces 310-19 (2015).

[47] Matthew Desmond & Tracey Shollenberger, *Forced Displacement from Rental Housing: Prevalence and Neighborhood Consequences*, 52 Demography 1760–69 (2015).

[48] *See, e.g.*, William Damon et. al., *Residential Eviction Predicts Initiation of or Relapse into Crystal Methamphetamine Use Among People Who Inject Drugs*, 41 J. Pub. Health 38-43 (2018); *see also* Ashley C. Bradford & W. David Bradford, *The Effect of Evictions on Accidental Drug and Alcohol Mortality*, 55 Health Serv. Res. 15-16 (2020).

[49] Allyson E. Gold, *No Home for Justice: How Eviction Perpetuates Health Inequity Among Low-Income and Minority Tenants*, 24 Geo. J. Poverty L. & Pol'y 70-73 (2016).

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1

Respectfully submitted,

2

/s/ Darin Sands
Darin Sands (WSBA # 35865)
Erin Bernstein, *pro hac vice pending*

3

BRADLEY BERNSTEIN SANDS, LLP
113 Cherry Street

4

PMB 62056
Seattle, WA 98104

5

dsands@bradleybernsteinllp.com
Tel: 503-734-2480

6

Jonathan B. Miller
LiJia Gong

7

Sophia TonNu
PUBLIC RIGHTS PROJECT
4096 Piedmont Avenue #149

8

Oakland, CA 94611

9

*Counsel for Amici Cities and Counties*

10

Stephen J. Kane
Rebecca Hirsch

11

Affirmative Litigation Division
CITY OF CHICAGO DEPARTMENT OF LAW
121 North LaSalle Street, Room 600

12

Chicago, Illinois 60602

13

*Counsel for the City of Chicago*

14

Dated: October 22, 2020

15

16

17

18

19

20

21

13

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO. 2:20-cv-05193-DDP-JEM

1

**LIST OF ADDITIONAL COUNSEL**

2

3    EUGENE L. O'FLAHERTY                      MICHAEL N. FEUER
     Corporation Counsel                        City Attorney
     City Hall, Room 615                        200 North Main Street,
4    Boston MA, 02201                           8th Floor
     *Attorney for the City of*                 Los Angeles, CA 90012
5    *Boston, Massachusetts*                    *Attorney for the City of*
                                                *Los Angeles, California*

6    NANCY E. GLOWA                             BARBARA J. PARKER
     City Solicitor                             City Attorney
     City of Cambridge                          One Frank Ogawa Plaza,
7    795 Massachusetts Avenue                   Sixth Floor
     Cambridge, MA 02139                        Oakland, CA 94612
8    *Attorney for the City of*                 *Attorney for the City of*
     *Cambridge, Massachusetts*                 *Oakland, California*

9    JESSICA M. SCHELLER                        MARK BARBER
     Chief; Advice, Business &                  City Attorney
10   Complex Litigation Division                City of Olympia
     Cook County State's Attorney's Office      P.O. Box 1967
     500 Richard J. Daley Center                Olympia, WA  98507-1967
11   Chicago, IL 60602                          *Attorney for the City of*
     *Attorney for Cook County, Illinois*       *Olympia, Washington*
12

     BARBARA J. DOSECK                          TRACY REEVE
13   City Attorney                              City Attorney
     101 W. Third Street                        1221 SW Fourth Avenue
     P.O. Box 22                                Room 430
14   Dayton, OH 45401                           Portland, OR 97204
     *Attorney for the City of*                 *Attorney for the City of*
15   *Dayton, Ohio*                             *Portland, Oregon*

16   RODNEY POL, JR.                            LYNDSEY M. OLSON
     City Attorney                              City Attorney
     401 Broadway, Suite 101                    400 City Hall and Courthouse
17   Gary, IN 46402                             15 West Kellogg Boulevard
     *Attorney for the City of*                 Saint Paul, MN 55102
18   *Gary, Indiana*                            *Attorney for the City of*
                                                *Saint Paul, Minnesota*
19

20

21

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO: 2:20-cv-01323-RAJ-JRC

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1  JAMES R. WILLIAMS
   County Counsel
2  70 W. Hedding Street,
   East Wing, 9th Floor
3  San Jose, CA 95110
   *Attorney for the County of*
   *Santa Clara, California*
4
   ANTHONY P. CONDOTTI
5  City Attorney
   Atchinson, Barisone & Condotti
6  P.O. Box 481
   Santa Cruz, CA 95061
   *Attorney for the City of*
7  *Santa Cruz, California*

8  GEORGE S. CARDONA
   Interim City Attorney
   1685 Main Street, Third Floor
9  Santa Monica, CA 90401
   *Counsel for the City of*
10 *Santa Monica, California*

FRANCIS X. WRIGHT, JR.
City Solicitor
93 Highland Avenue
Somerville, MA 02143
*Attorney for the City of*
*Somerville, Massachusetts*

MICHAEL RANKIN
City Attorney
P.O. Box 27210
Tucson, AZ 85726
*Attorney for the City of*
*Tucson, Arizona*

MICHAEL JENKINS
City Attorney
Best Best & Krieger, LLP
1230 Rosecrans Avenue, Ste 110
Manhattan Beach, CA 90266
*Attorney for the City of*
*West Hollywood, California*

11

12

13

14

15

16

17

18

19

20

21

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, WA 98104
Tel: 503-734-2480

BRIEF OF *AMICI CURIAE* CITIES AND COUNTIES
CASE NO: 2:20-cv-01323-RAJ-JRC