The Honorable Richard A. Jones
The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAY R. INSLEE, in his official capacity as Governor of the State of Washington, et al., <br><br> Defendants. | NO. 2:20-cv-01323-RAJ-JRC <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY |

Pursuant to LCR 7(n), Defendants respectfully submit the recently issued order of the U.S. District Court for the Northern District of Georgia denying plaintiffs' motion for preliminary injunction in related litigation, *Brown v. Azar*, No. 1:20-cv-03702-JPB, 2020 WL 6364310 (N.D. Ga. Oct. 29, 2020), as supplemental authority in support of their responses (Dkt. #s 27 and 28) to Plaintiffs' pending Motion for Preliminary Injunction (Dkt. # 16). The order is attached hereto as Exhibit 1.

DATED this 5th day of November, 2020.

ROBERT W. FERGUSON
Attorney General

*/s/Zachary Pekelis Jones*
ZACHARY PEKELIS JONES, WSBA No. 44557
BRIAN H. ROWE, WSBA No. 56817
  Assistant Attorneys General
  Complex Litigation Division
JEFFREY T. EVEN, WSBA No. 20367

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

```
 1                    Deputy Solicitor General
                      800 Fifth Avenue, Suite 2000
 2                    Seattle, WA 98104
                      (206) 332-7089
 3                    (206) 389-3888
                      (360) 586-0728
 4                    zach.jones@atg.wa.gov
                      brian.rowe@atg.wa.gov
 5                    jeffrey.even@atg.wa.gov

 6                    *Attorneys for Defendant Governor Jay Inslee*

 7

 8                    /s/Jeffrey S. Weber, WSBA #24496
                      /s/Roger D. Wynne, WSBA #23399
 9                    /s/Erica R. Franklin, WSBA #43477
                      Seattle City Attorney's Office
10                    701 Fifth Ave., Suite 2050
                      Seattle, WA 98104-7095
11                    Ph: (206) 684-8200
                      jeff.weber@seattle.gov
12                    roger.wynne@seattle.gov
                      erica.franklin@seattle.gov
13
                      *Assistant City Attorneys for Defendants City of Seattle*
14                    *and Jenny A. Durkan, in her official capacity as the*
                      *Mayor of the City of Seattle*
15
16
...
26
```

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 5th day of November, 2020, at Seattle, Washington.

*/s/ Zachary Pekelis Jones*
ZACHARY PEKELIS JONES, WSBA No. 44557
Assistant Attorney General

NOTICE OF SUPPLEMENTAL
AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744