The Honorable Richard A. Jones
The Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al., | NO.  2:20-cv-01323-RAJ-JRC |
| Plaintiffs, | NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | |
| JAY R. INSLEE, in his official capacity as Governor of the State of Washington, et al., | |
| Defendants. | |

Pursuant to LCR 7(n), Defendants respectfully submit the recent order of the U.S. District Court for the Central District of California denying plaintiffs' motion for preliminary injunction in related litigation, *Apartment Association of Los Angeles County, Inc. v. City of Los Angeles*, No. CV 20-05195 DDP (JEMx), 2020 WL 6700568 (C.D. Cal. Nov. 13, 2020), as supplemental authority in support of their responses (Dkt. ## 27, 28) to Plaintiffs' pending Motion for Preliminary Injunction (Dkt. # 16). The order is attached hereto as Exhibit 1.

DATED this 17th day of November, 2020.

ROBERT W. FERGUSON
Attorney General

/s/Zachary Pekelis Jones
ZACHARY PEKELIS JONES, WSBA No. 44557
BRIAN H. ROWE, WSBA No. 56817
Assistant Attorneys General
Complex Litigation Division
JEFFREY T. EVEN, WSBA No. 20367

NOTICE OF SUPPLEMENTAL
AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 332-7089
(206) 389-3888
(360) 586-0728
zach.jones@atg.wa.gov
brian.rowe@atg.wa.gov
jeffrey.even@atg.wa.gov

*Attorneys for Defendant Governor Jay Inslee*

/s/Jeffrey S. Weber, WSBA #24496
/s/Roger D. Wynne, WSBA #23399
/s/Erica R. Franklin, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
erica.franklin@seattle.gov

*Assistant City Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

NOTICE OF SUPPLEMENTAL
AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1

## **DECLARATION OF SERVICE**

2       I hereby declare that on this day I caused the foregoing document to be electronically

3   filed with the Clerk of the Court using the Court's CM/ECF System which will send notification

4   of such filing to all counsel of record.

5       DATED this 17th day of November, 2020, at Palm Springs, California.

6

7                                  */s/ Zachary Pekelis Jones*
                                   ZACHARY PEKELIS JONES, WSBA No. 44557
8                                  Assistant Attorney General

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SUPPLEMENTAL
AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744