UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EL PAPEL LLC, *et al.*,

Plaintiffs,

v.

JAY INSLEE, *et al.*,

Defendants.

CASE NO. 2:20-cv-01323-RAJ-JRC

PRETRIAL SCHEDULIING ORDER

This matter is before the undersigned on referral and on the parties' joint status report. Dkt. 53.

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case is not resolved by settlement or dispositive motion. The Court sets the following pretrial schedule:

| **Event** | **Date** |
| --- | --- |
| Initial Disclosures Deadline (*see* Dkt. 38) | **November 30, 2020** |
| Deadline for joining additional parties | **December 15, 2020** |

| Deadline for amending pleadings | **December 30, 2020** |
| --- | --- |
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **March 3, 2021** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **March 17, 2021** |
| Rebuttal expert disclosures | **March 31, 2021** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | |
| Discovery completed by | **May 31, 2021** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **June 30, 2021** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

**Counsel are directed to review Judge Jones' Chambers Procedures** at http://www.wawd.uscourts.gov/judges/jones-procedures. Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

**Discovery**

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel shall also cooperate in preparing the agreed pretrial order in the format

required by LCR 16.1. The parties shall comply with Judge Jones' chambers procedures regarding discovery disputes.

**Settlement**

If this case settles, plaintiff's counsel shall notify Deputy Clerk Kelly Miller at Kelly_Miller@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk is directed to send copies of this Order to all parties of record.

Dated this 18th day of November, 2020.

J. Richard Creatura
United States Magistrate Judge