Hon. Richard A. Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| EL PAPEL, LLC; BERMAN 2, LLC; and KARVELL LI, an individual, | ) ) ) | Civil Action No. 2:20-cv-01323-RAJ-JRC |
| Plaintiffs, | ) ) | |
| v. | ) ) | **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO CONDITIONALLY AMEND THE COMPLAINT** |
| JAY R. INSLEE, in his official capacity as Governor of the State of Washington; JENNY A. DURKAN, in her official capacity as the Mayor of the City of Seattle; and THE CITY OF SEATTLE, a municipal Corporation, | ) ) ) ) ) ) ) | **Note on Motion Calendar: December 14, 2020** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs have obtained Defendants' written consent to amend the Complaint in this matter. *See* Exhibit A. As required by Local Civil Rule 15, Plaintiffs have included as Exhibit B the proposed amended pleading with brackets around language to be deleted and underlining to indicate proposed language to be added. *See* Exhibit B.

The United States Magistrate Judge in this matter recently issued a Report and Recommendation, suggesting that this Court should dismiss State Defendants on the grounds of

*P. Mot. For Lv. Conditionally Amend Compl. - 1*
*Case No: 2:20-cv-01323-RAJ-JRC*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

sovereign immunity. *See* Dkt # 63 at p. 30. Should this Court agree with the Report and Recommendation on this question, Plaintiffs seek leave to amend the complaint to add Washington Attorney General Robert Ferguson.

As required by Local Civil Rule 15, Plaintiffs have included as Exhibit B the proposed amended pleading with brackets around language to be deleted and underlining to indicate proposed language to be added. *See* Exhibit B.

The proposed amended complaint would simply add Robert Ferguson as a defendant, named in his official capacity as Attorney General for the State of Washington, and adds a brief sentence regarding Mr. Ferguson as a party in paragraph 12.

DATED:  December 14, 2020.

Respectfully submitted:

s/  ETHAN W. BLEVINS
s/  BRIAN T. HODGES
Ethan W. Blevins, WSBA # 48219
Brian T. Hodges, WSBA # 31976
Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
Telephone: (425) 576-0484
Email: EBlevins@pacificlegal.org
Email: BHodges@pacificlegal.org

s/  KATHRYN D. VALOIS
KATHRYN D. VALOIS*
Fla. Bar. No. 1010150
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
Email: KValois@pacificlegal.org

* Pro hac vice

*Attorneys for Plaintiffs*

*P. Mot. For Lv. Conditionally Amend Compl. - 2*
*Case No:  2:20-cv-01323-RAJ-JRC*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/  ETHAN W. BLEVINS
Ethan W. Blevins, WSBA # 48219

*Attorney for Plaintiffs*

*P. Mot. For Lv. Conditionally Amend Compl. - 3*
*Case No:  2:20-cv-01323-RAJ-JRC*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*