The Honorable Richard A. Jones
The Honorable J. Richard Creatura

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| EL PAPEL, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAY R. INSLEE, in his official capacity as<br>Governor of the State of Washington, et al.,<br><br>Defendants. | NO.  2:20-cv-01323-RAJ-JRC<br><br>DEFENDANT GOVERNOR JAY<br>INSLEE'S OBJECTIONS TO<br>REPORT AND<br>RECOMMENDATION<br><br>NOTED FOR: JANUARY 1, 2021 |

## OBJECTIONS

Defendant Governor Jay Inslee respectfully submits three objections to the Report and Recommendation (Report) issued on December 2, 2020. Dkt. #63. First, the Report states that "Washington State Governor Jay Inslee's moratorium" (the Moratorium) "is in place for the duration of the COVID-19 health crisis." Dkt. #63 at p. 1. The Governor objects to this sentence because the Moratorium is currently set to expire on December 31, 2020, *see* Dkt. #52-1 at p. 5, which the Report later notes, *see* Dkt. #63 at p. 4. No decision has yet been made regarding any further extension of the Moratorium.

Second, the Report "assumes, without deciding, that there is a 'substantial' impairment of the [Plaintiffs'] leases." Dkt. #63 at p. 12. While this assumption does not amount to a factual finding or conclusion of law, in an abundance of caution the Governor objects to it to preserve

DEFENDANT GOVERNOR JAY
INSLEE'S OBJECTIONS TO REPORT
AND RECOMMENDATION
NO.  2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1    his argument that the Moratorium does not substantially impair any contractual relationships for

2    the reasons stated in his response. *See* Dkt. #28 at pp. 19–22.

3         Third, the Report states that Plaintiff Li's tenant "is apparently continuing to earn a

4    substantial income" and "[p]resumably, the tenant's nonpayment of rent is not related to the

5    pandemic." Dkt. #63 at p. 22. To the extent these represent factual findings, the Governor objects

6    that they lack support in the record. While Li asserts that his tenant earned "about $158,000 in

7    2017 and 2018" and was employed "as of September 28, 2020," Dkt. #51-1 ¶¶ 4–5, the record

8    contains no evidence of her current employment status and income or the pandemic's impact on

9    her ability to pay rent.

10         DATED this 16th day of December, 2020.

11

                   ROBERT W. FERGUSON
                   Attorney General

12

13                    */s/ Zachary Pekelis Jones*
                   ZACHARY PEKELIS JONES, WSBA #44557

14                    BRIAN H. ROWE, WSBA #56817
                   Assistant Attorneys General

15                    JEFFREY T. EVEN, WSBA #20367
                   Deputy Solicitor General

16                    zach.jones@atg.wa.gov
                   brian.rowe@atg.wa.gov

17                    jeffrey.even@atg.wa.gov
                   *Attorneys for Defendant Governor Jay Inslee*

18

19

20

21

22

23

24

25

26

DEFENDANT GOVERNOR JAY
INSLEE'S OBJECTIONS TO REPORT
AND RECOMMENDATION
NO. 2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1

**<u>DECLARATION OF SERVICE</u>**

2       I hereby declare that on this day I caused the foregoing document to be electronically

3   filed with the Clerk of the Court using the Court's CM/ECF System which will send notification

4   of such filing to all counsel of record.

5       DATED this 16th day of December 2020, at Palm Springs, California.

6

7                                      */s/ Zachary Pekelis Jones*
                                       ZACHARY PEKELIS JONES, WSBA #44557
8                                      Assistant Attorney General

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT GOVERNOR JAY                        3
INSLEE'S OBJECTIONS TO REPORT
AND RECOMMENDATION
NO.  2:20-cv-01323-RAJ-JRC

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744