UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EL PAPEL LLC, *et al.*,<br><br>                  Plaintiffs,<br><br>     v.<br><br>JENNY A. DURKAN, *et al.*,<br><br>                  Defendants. | CASE NO. 2:20-cv-01323-RAJ-JRC<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT |

This matter is before the Court on plaintiffs' motion to amend the complaint. Dkt. 64. Plaintiffs request that if the District Court agree with the undersigned's Report and Recommendation to dismiss defendant Jay Inslee as a defendant, plaintiffs be allowed to amend their complaint to add Washington Attorney General Robert Ferguson as defendant. Dkt. 64, at 2. Defendants have consented to the motion to amend. Dkt. 64, at 1. And the District Court has now adopted the Report and Recommendation. Dkt. 78.

///

1  Therefore, and pursuant to Fed. R. Civ. P. 15(a)(2), the Court grants the motion to amend

2  the complaint. Plaintiffs shall file a clean copy of the First Amended Complaint, which shall be

3  the operative complaint in this matter, and the Clerk's Office will update the docket accordingly.

4  Dated this 12th day of January, 2021.

J. Richard Creatura
United States Magistrate Judge