Hon. Richard A. Jones
Hon. J. Richard Creatura

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT FERGUSON, in his official capacity as Attorney General of the State of Washington; JENNY A. DURKAN, in her official capacity as the Mayor of the City of Seattle; and THE CITY OF SEATTLE, a municipal Corporation, <br><br> Defendants. | Civil Action No. 2:20-cv-01323-RAJ-JRC <br><br> **STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF KARVELL LI PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> **Note on Motion Calendar:** <br> **February 18, 2021** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that Plaintiff Karvell Li voluntarily dismisses all his claims in the above-captioned action, without prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This voluntary dismissal does not include claims raised by other Plaintiffs in this action.

*Stip. Re Dismissal of Karvell Li - 1*
*Case No: 2:20-cv-01323-RAJ-JRC*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: February 18, 2021.     Pacific Legal Foundation
s/ ETHAN W. BLEVINS
s/ BRIAN T. HODGES
s/ KATHRYN D. VALOIS
Ethan W. Blevins
Brian T. Hodges
Kathryn D. Valois**
** Pro hac vice
*Attorneys for Plaintiffs*

DATED: February 18, 2021.     Washington Attorney General's Office
s/ JEFFREY T. EVEN
s/ ZACHARY P. JONES
s/ BRIAN H. ROWE
Jeffrey T. Even
Zachary P. Jones
Brian H. Rowe

*Attorneys for Defendant Robert Ferguson*

DATED: February 18, 2021.     Seattle City Attorneys' Office
s/ ROGER D. WYNNE
s/ JEFFREY S. WEBER
s/ ERICA R. FRANKLIN
Roger D. Wynne
Jeffrey S. Weber
Erica R. Franklin

*Attorneys for Defendants Jenny Durkan, City of Seattle*

---

*Stip. Re Dismissal of Karvell Li - 2*
*Case No: 2:20-cv-01323-RAJ-JRC*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*