UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EL PAPEL LLC, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>JENNY A. DURKAN, *et al.*,<br><br>    Defendants. | CASE NO. 2:20-cv-01323-RAJ-JRC<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER |

This matter is before the Court on referral from the District Court and on the parties' stipulated motion to amend the pretrial scheduling order. Dkt. 85.

The parties request that the Court order that—

initial expert witness disclosures be limited to the subject matter on which the witness is expected to present evidence and a summary of the facts and opinions to which the witness is expected to testify, and that, if this case is not resolved on cross-motions for summary judgment: (1) Defendants disclose their expert reports no later than 90 days before trial; (2) Plaintiffs disclose any rebuttal expert reports no later than 60 days before trial; and (3) any expert deposition conclude no later than 30 days after disclosure of that expert's report.

Dkt. 85, at 2. The parties make this request because they expect the matter to be resolved on summary judgment and to conserve resources "that will need to be expended only in the unlikely event of a trial." Dkt. 85, at 1–2. Having reviewed the parties' joint stipulated motion, the Court finds good cause to grant their request. The scheduling order (Dkt. 61) is amended as follows:

- Defendants' expert disclosures (due March 17, 2021) and plaintiffs' rebuttal expert disclosures (due March 31, 2021) shall be limited to the information required under Fed. R. Civ. Proc. 26(a)(2)(C);

- Notwithstanding the May 31, 2021, discovery cut-off date, if this action is not resolved on cross-motions for summary judgment and the assigned District Judge sets a trial date:
  - Defendants shall disclose their expert reports under Fed. R. Civ. Proc. 26(a)(2)(B) no later than 90 days before trial;
  - Plaintiffs shall disclose any rebuttal expert reports under Fed. R. Civ. Proc. 26(a)(2)(B) no later than 60 days before trial; and
  - (c) any expert deposition shall conclude no later than 30 days after disclosure of that expert's report.

Dated this 15th day of March, 2021.

J. Richard Creatura
United States Magistrate Judge