UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EL PAPEL LLC, *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>JENNY A. DURKAN, *et al.*,<br><br>          Defendants. | CASE NO. 2:20-cv-01323-RAJ-JRC<br><br>ORDER GRANTING STIPULATED MOTION REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE |

This matter is before the Court on referral and on the parties' stipulated motion for an order setting the summary judgment briefing schedule and page limits. Dkt. 88.

The Court finds good cause and grants the motion. The Court orders the parties to adhere to the following schedule regarding their cross-motions for summary judgment: (1) plaintiffs' opening brief is due April 9, 2021 (not to exceed 24 pages); defendants' opening/response briefs are due May 7, 2021 (not to exceed 30 pages each); plaintiffs' response/reply consolidated brief is due May 28, 2021 (not to exceed 40 pages); and defendants' replies are due June 18, 2021 (not to exceed 18 pages each).

Nothing in this Order precludes the parties from conferring and proposing a revised schedule or page limits if the Court grants a motion under Fed. R. Civ. Proc. 56(d), the parties agree to a revision to avoid such a motion, or for any other stipulated good cause.

Dated this 25th day of March, 2021.

_J. Richard Creatura_
J. Richard Creatura
Chief United States Magistrate Judge