Hon. Richard A. Jones
Hon. J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| El PAPEL LLC, *et al.*, | ) | No. 2:20-cv-01323-RAJ-JRC |
| Plaintiffs, | ) ) | (PROPOSED) ORDER GRANTING DEFENDANT CITY OF SEATTLE'S |
| vs. | ) ) | CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING |
| JENNY A. DURKAN, *et al.*, | ) ) | PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| Defendants. | ) ) ) ) | |

THIS MATTER came before the Court on the parties' Cross-Motions for Summary Judgment. The Court considered the motions, the evidence accompanying both motions, and the files and records herein; heard argument of counsel; and is fully advised on this matter. It is ORDERED;

1. Defendant City of Seattle's Cross-Motion for Summary Judgment is GRANTED;

2. Plaintiffs' Motion for Summary Judgment is DENIED; and

3. The action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

//

(PROPOSED) ORDER GRANTING DEFENDANT CITY OF SEATTLE'S
CROSS-MSJ AND DENYING PLAINTIFFS' MSJ - 1
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

PETER S. HOLMES
Seattle City Attorney

By:     /s/ *Jeffrey S. Weber*, WSBA #24496
        /s/ *Roger D. Wynne*, WSBA #23399
        /s/ *Derrick De Vera*, WSBA #49954
        /s/ *Erica R. Franklin*, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
erica.franklin@seattle.gov
derrick.devera@seattle.gov
*Assistant City Attorneys for Defendants City of Seattle and*
*Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

(PROPOSED) ORDER GRANTING DEFENDANT CITY OF SEATTLE'S
CROSS-MSJ AND DENYING PLAINTIFFS' MSJ - 2
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 13th day of May 2021, at Seattle, Washington.

*s/Alicia Reise*
Alicia Reise, Legal Assistant

(PROPOSED) ORDER GRANTING DEFENDANT CITY OF SEATTLE'S
CROSS-MSJ AND DENYING PLAINTIFFS' MSJ - 3
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200