UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EL PAPEL LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JENNY DURKAN, *et al.*,<br><br>    Defendants. | CASE NO. 2:20-cv-01323-RAJ-JRC<br><br>ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* |

This matter is before the Court on the unopposed motion of various *amici curiae* (Northwest Justice Project; King County Bar Association; Skagit Volunteer Lawyers Program; Building Changes; Columbia Legal Services; the Fred T. Korematsu Center for Law and Equality; ACLU of Washington, Tenants Union of Washington State; and the Washington Low Income Housing Alliance) to file an *amici curiae* brief. Dkt. 114. The Court finds good cause and grants the motion.

///

///

///

*Amici* shall file the brief attached to their motion (Dkt. 114-1) within three days of this Order.

Dated this 15th day of June, 2021.

J. Richard Creatura
Chief United States Magistrate Judge