The Honorable Richard A. Jones
The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JENNY A. DURKAN, in her official capacity as the Mayor of the City of Seattle; THE CITY OF SEATTLE, a municipal corporation; and ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington, <br><br> Defendants. | NO. 2:20-cv-01323-RAJ-JRC <br><br> DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY |

Pursuant to LCR 7(n), Defendants respectfully submit the following supplemental authorities in support of their Cross-Motions for Summary Judgment and reply briefs in support of those motions (Dkt. Nos. 103, 104, 120, and 121):

1. The Centers for Disease Control and Prevention Order, Temporary Halt in Residential Evictions to Prevent the Further Spread of COVID-19 (June 24, 2021), available at https://www.cdc.gov/coronavirus/2019-ncov/more/pdf/CDC_Eviction_Extension_Order_Final_06242021.pdf, which extends the CDC moratorium on residential evictions through July 31, 2021. The CDC order is attached as Exhibit 1.

DEFENDANTS' JOINT NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

2.      The Supreme Court's ruling in *Alabama Association of Realtors v. Department of Health and Human Services*, 549 U.S. ____ (2021), denying an application to vacate the stay of the District Court order vacating the CDC moratorium. The Supreme Court's decision is attached as Exhibit 2.

3.      Proclamation 21-09: Tenancy Preservation – A Bridge to E2SSB 5160 (June 29, 2021), available at https://www.governor.wa.gov/sites/default/files/proclamations/proc_21-09.pdf?utm_medium=email&utm_source=govdelivery, which bridges the gap between the State's eviction moratorium under Proclamation 20-19.6 (which expires at 11:59 pm on June 30, 2021) and programs enacted by the State Legislature, such as Engrossed Second Substitute Senate Bill 5160. Proclamation 21-09 is attached as Exhibit 3.

DATED this 30th day of June, 2021.

ROBERT W. FERGUSON
  Attorney General

/s/ Cristina Sepe
CRISTINA SEPE, WSBA No. 53609
BRIAN H. ROWE, WSBA No. 56817
  Assistant Attorneys General
JEFFREY T. EVEN, WSBA No. 20367
  Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 474-7744
(360) 753-6200
cristina.sepe@atg.wa.gov
brian.rowe@atg.wa.gov
jeffrey.even@atg.wa.gov

*Attorneys for Defendant Robert W. Ferguson, in his official capacity as Attorney General of the State of Washington*

/s/ Jeffrey S. Weber, WSBA #24496
/s/ Roger D. Wynne, WSBA #23399
/s/ Derrick De Vera, WSBA #49954
/s/ Erica R. Franklin, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
derrick.devera@seattle.gov
erica.franklin@seattle.gov

*Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 30th day of June, 2021, at Tacoma, Washington.

*/s/ Cristina Sepe*
CRISTINA SEPE, WSBA No. 53609
Assistant Attorney General

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744