UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EL PAPEL LLC, <br><br> Plaintiff, <br><br> v. <br><br> JENNY DURKAN, *et al.*, <br><br> Defendants. | CASE NO. 2:20-cv-01323-RAJ-JRC <br><br> ORDER FOR SUPPLEMENTAL BRIEFING |

This matter is before the Court on the parties' cross-motions for summary judgment and on referral from the District Court. Dkts. 93, 103, 104, 110. After the parties completed briefing on the cross motions, defendants filed a notice of supplemental authority indicating that as of June 30, 2021, until September 30, 2021, Emergency Proclamation 21-09 is the relevant eviction restriction in the State of Washington.

It is unclear to the Court whether plaintiffs are now challenging Emergency Proclamation 21-09 (*see* Dkt. 126-3) instead of prior iterations of the State's eviction moratorium, and, if this is the case, the Court seeks additional briefing addressing Proclamation 21-09.

ORDER FOR SUPPLEMENTAL BRIEFING - 1

Therefore, the Court orders that plaintiffs submit supplemental briefing not to exceed seven pages in support of their summary judgment motion and responses to defendants' cross-summary judgment motions. The supplemental briefing shall address (1) any arguments specific to Emergency Proclamation 21-09 that plaintiffs wish to raise, (2) the effect of Emergency Proclamation 21-09, and (3) whether plaintiffs still continue to bring any challenges to prior iterations of the State's eviction moratorium. Such briefing shall be filed on or before **August 2, 2021**. Defendants may file responsive briefs, not to exceed seven pages, each, if they so desire, on or before **August 16, 2021.**

The cross-summary judgment motions (Dkts. 93, 103, 104, 110) are re-noted for consideration August 16, 2021.

Dated this 19th day of July, 2021.

J. Richard Creatura
Chief United States Magistrate Judge