UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EL PAPEL LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>JAY INSLEE, *et al.*,<br><br>          Defendants. | CASE NO. 2:20-cv-01323-RAJ-JRC<br><br>ORDER EXPANDING SUPPLEMENTAL BRIEFING |

This matter is before on its Order for Supplemental Briefing (Dkt. 127) and plaintiffs' motion for leave to add additional issues to that supplemental briefing. Dkt. 128. Defendant Ferguson does not oppose the motion, and the City of Seattle defendants have "declined to take a position at this time." Dkt. 128, at 2. Generally, a request to expand page limitations does not require a response, and the Court declines to await the City's filing of a responsive brief before ruling on the motion, which is noted for consideration on the same day that it was filed. LCR 7(f)(3).

ORDER EXPANDING SUPPLEMENTAL BRIEFING - 1

1  The motion for leave to add additional issues to the supplemental briefing is granted.
2  Dkt. 128. In addition to the topics identified in the Court's order for supplemental briefing, the
3  parties may address the relevance of *Cedar Point Nursery v. Hassid*, 141 S. Ct. 2063 (June 23,
4  2021) to plaintiffs' Fifth Amendment takings claim. The supplemental briefing shall not exceed
5  twelve pages, per brief.
6  Dated this 23rd day of July, 2021.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER EXPANDING SUPPLEMENTAL BRIEFING - 2