The Honorable Richard A. Jones
The Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JENNY A. DURKAN, in her official capacity as the Mayor of the City of Seattle; THE CITY OF SEATTLE, a municipal corporation; and ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington, <br><br> Defendants. | NO. 2:20-cv-01323-RAJ-JRC <br><br> DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY |

Pursuant to LCR 7(n), Defendants respectfully submit the following supplemental authority in support of their Cross-Motions for Summary Judgment and reply briefs in support of those motions (Dkt. Nos. 103, 104, 120, and 121):

1. The Centers for Disease Control and Prevention Order, *Temporary Halt in Residential Evictions in Communities with Substantial or High Levels of Community Transmission of COVID-19 to Prevent the Further Spread of COVID-19* (Aug. 3, 2021), available at https://www.cdc.gov/coronavirus/2019-ncov/communication/Signed-CDC-Eviction-Order.pdf. The order is effective through October 3, 2021, in counties experiencing substantial or high levels of COVID-19 transmission. The order is attached at Exhibit 1.

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

2. The Centers for Disease Control and Prevention COVID Data Tracker, COVID-19 Integrated County View, https://covid.cdc.gov/covid-data-tracker/#county-view (last visited August 9, 2021). The webpage shows all Washington counties experiencing substantial or high levels of COVID-19 transmission. King County has a high level of COVID-19 transmission. The PDF of this webpage is attached at Exhibit 2.

3. The recent order of the U.S. District Court for the Southern District of California denying Plaintiff's motion for preliminary injunction, granting request for judicial notice, and denying motion to expedite as moot in *Southern California Rental Housing Association v. County of San Diego*, No. 3:21cv912-L-DEB, 2021 WL 3171919 (S.D. Cal. July 26, 2021). The order is attached at Exhibit 3.

DATED this 16th day of August, 2021.

ROBERT W. FERGUSON
Attorney General

/s/ Cristina Sepe
CRISTINA SEPE, WSBA No. 53609
BRIAN H. ROWE, WSBA No. 56817
  Assistant Attorneys General
JEFFREY T. EVEN, WSBA No. 20367
  Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 474-7744
(360) 753-6200
cristina.sepe@atg.wa.gov
brian.rowe@atg.wa.gov
jeffrey.even@atg.wa.gov

*Attorneys for Defendant Robert W. Ferguson, in his official capacity as Attorney General of the State of Washington*

/s/ Jeffrey S. Weber, WSBA #24496
/s/ Roger D. Wynne, WSBA #23399
/s/ Derrick De Vera, WSBA #49954
/s/ Erica R. Franklin, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
derrick.devera@seattle.gov
erica.franklin@seattle.gov

*Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 16th day of August, 2021, at Tacoma, Washington.

/s/ Cristina Sepe
CRISTINA SEPE, WSBA No. 53609
Assistant Attorney General

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744