Hon. Richard A. Jones
Hon. J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

El PAPEL LLC, *et al.*,

        Plaintiffs,

  vs.

JENNY A. DURKAN, *et al.*,

        Defendants.

No. 2:20-cv-01323-RAJ-JRC

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to LCR 7(n), Defendant City of Seattle respectfully submits the following supplemental authority in support of its Cross-Motion for Summary Judgment and reply brief in support of that motion (Dkt. Nos. 103 and 120):

1. *JL Props. Grp. B, LLC v. Pritzker,* 2021 IL App (3d) 200305 (Ill. App. Ct. May 21, 2021), which affirmed denial of plaintiffs' motion for a preliminary injunction. A copy of the opinion is attached at Exhibit 1; and

2. *JL Props. Grp. B, LLC v. Pritzker*, No. 20-CH-601 (12th Cir. Ct., Will Cty., Ill. July 19, 2021), which granted the Governor's motion to dismiss. A copy of the opinion is attached at Exhibit 2.

CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY - 1
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Respectfully submitted August 19, 2021.

PETER S. HOLMES
Seattle City Attorney

By: /s/ *Jeffrey S. Weber*, WSBA #24496
/s/ *Roger D. Wynne*, WSBA #23399
/s/ *Derrick De Vera*, WSBA #49954
/s/ *Erica R. Franklin*, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
erica.franklin@seattle.gov
derrick.devera@seattle.gov

*Assistant City Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY - 2
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200