The Honorable Richard A. Jones
The Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al., | NO. 2:20-cv-01323-RAJ-JRC |
| Plaintiffs, | DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | |
| JENNY A. DURKAN, in her official capacity as the Mayor of the City of Seattle; THE CITY OF SEATTLE, municipal corporation; and ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington, | |
| Defendants. | |

Pursuant to LCR 7(n), Defendants respectfully submit the recent opinion of the U.S. Court of Appeals for the Ninth Circuit affirming the district court's order denying plaintiff's motion for preliminary injunction in related litigation, *Apartment Association of Los Angeles County, Inc. v. City of Los Angeles*, No. 20-56251, 2021 WL 3745777 (9th Cir. Aug. 25, 2021), as supplemental authority in support of their Cross-Motions for Summary Judgment and reply briefs in support of those motions (Dkt. Nos. 103, 104, 120, and 121). The opinion is attached as Exhibit 1.

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

DATED this 26th day of August, 2021.

ROBERT W. FERGUSON
  Attorney General

| | |
|---|---|
| */s/ Cristina Sepe* | */s/ Jeffrey S. Weber*, WSBA #24496 |
| CRISTINA SEPE, WSBA No. 53609 | */s/ Roger D. Wynne*, WSBA #23399 |
| BRIAN H. ROWE, WSBA No. 56817 | */s/ Derrick De Vera*, WSBA #49954 |
|   Assistant Attorneys General | */s/ Erica R. Franklin*, WSBA #43477 |
| JEFFREY T. EVEN, WSBA No. 20367 | Seattle City Attorney's Office |
|   Deputy Solicitor General | 701 Fifth Ave., Suite 2050 |
| 800 Fifth Avenue, Suite 2000 | Seattle, WA 98104-7095 |
| Seattle, WA 98104 | (206) 684-8200 |
| (206) 474-7744 | jeff.weber@seattle.gov |
| (360) 753-6200 | roger.wynne@seattle.gov |
| cristina.sepe@atg.wa.gov | derrick.devera@seattle.gov |
| brian.rowe@atg.wa.gov | erica.franklin@seattle.gov |
| jeffrey.even@atg.wa.gov | |
| | *Attorneys for Defendants City of Seattle* |
| *Attorneys for Defendant Robert W. Ferguson, in his official capacity as Attorney General of the State of Washington* | *and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle* |

DEFENDANTS' JOINT NOTICE OF
SUPPLEMENTAL AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 26th day of August, 2021, at Tacoma, Washington.

*/s/ Cristina Sepe*
CRISTINA SEPE, WSBA No. 53609
Assistant Attorney General

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744