UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EL PAPEL LLC, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>JENNY DURKAN, *et al.*,<br><br>        Defendants. | CASE NO. 2:20-cv-01323-RAJ-JRC<br><br>[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the report and recommendation.
    (2)    Defendants' cross motions for summary judgment (Dkts. 103, 104; *see also* Dkt. 110) are granted, plaintiffs' motion for summary judgment (Dkt. 93) is denied, and this matter is dismissed with prejudice.
    (3)    The Clerk is directed to send a copy of this Order to the Hon. J. Richard Creatura.

**DATED** _____.

_____
Richard A. Jones
United States District Judge