# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EL PAPEL LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JENNY A. DURKAN, *et al.*,<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:20-cv-01323-RAJ-JRC |

| | | |
|---|---|---|
| \_\_\_ | **Jury Verdict**. | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| xx | **Decision by Court**. | This action came to consideration before the Court. The issues have been considered and a decision has been rendered. |

THE COURT HAS ORDERED THAT defendants' cross-motions for summary judgment (Dkts. 103, 104, 110) are granted, plaintiffs' motion for summary judgment (Dkt. 93) is denied, and the matter is dismissed with prejudice. The case is closed. Judgment is for defendants.

　Dated [Pick the date]

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/[Author]
　　　　　　　　　　　　　　　　　Deputy Clerk