|     |     |
| --- | --- |
|     | The Honorable Richard A. Jones |
|     | The Honorable J. Richard Creatura |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| EL PAPEL, LLC, et al., | NO. 2:20-cv-01323-RAJ-JRC |
| --- | --- |
| Plaintiffs, | DEFENDANT ROBERT W. FERGUSON'S NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | |
| JENNY A. DURKAN, et al., | |
| Defendants. | |

Pursuant to LCR 7(n), Defendant Ferguson respectfully submits Proclamation 21-09.01: Tenancy Preservation – A Bridge to E2SSB 5160 (June 29, 2021), available at https://www.governor.wa.gov/sites/default/files/proclamations/proc_21-09.1.pdf, as supplemental authority in support of his Cross-Motion for Summary Judgment and Reply (Dkt. Nos. 104, 121). The Proclamation is attached as Exhibit 1.

DATED this 27th day of September, 2021.

ROBERT W. FERGUSON
Attorney General

*/s/ Cristina Sepe*
CRISTINA SEPE, WSBA No. 53609
BRIAN H. ROWE, WSBA No. 56817
  Assistant Attorneys General
JEFFREY T. EVEN, WSBA No. 20367
  Deputy Solicitor General
800 Fifth Avenue, Suite 2000

DEFENDANT ROBERT W. FERGUSON'S NOTICE OF SUPPLEMENTAL AUTHORITY NO. 2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

Seattle, WA  98104
(206) 474-7744
(360) 753-6200
cristina.sepe@atg.wa.gov
brian.rowe@atg.wa.gov
jeffrey.even@atg.wa.gov

*Attorneys for Defendant Robert W. Ferguson, in his official capacity as Attorney General of the State of Washington*

DEFENDANT ROBERT W. FERGUSON'S NOTICE OF SUPPLEMENTAL AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

DATED this 27th day of September, 2021, at Tacoma, Washington.

*/s/ Cristina Sepe*
CRISTINA SEPE, WSBA No. 53609
Assistant Attorney General

DEFENDANT ROBERT W. FERGUSON'S NOTICE OF SUPPLEMENTAL AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744