The Honorable Richard A. Jones
The Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>JENNY A. DURKAN, et al.,<br><br>        Defendants. | NO. 2:20-cv-01323-RAJ-JRC<br><br>DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY |

Pursuant to LCR 7(n), Defendants respectfully submit the following supplemental authorities in support of their Cross-Motions for Summary Judgment and reply briefs in support of those motions (Dkt. Nos. 103, 104, 120, and 121):

    1.    The U.S. District Court for the Eastern District of Washington's summary judgment order in similar litigation challenging the State's eviction moratorium, *Jevons v. Inslee*, No. 1:20-cv-03182-SAB, ECF No. 60 (E.D. Wash. Sept. 21, 2021). The order is attached as Exhibit 1.

    2.    The U.S. District Court for the Southern District of New York's order in *Bldg. & Realty Inst. of Westchester & Putnam Cntys., Inc. v. New York*, No. 19-CV-11285 (KMK), 2021 WL 4198332 (S.D.N.Y. Sept. 14, 2021). The order is attached as Exhibit 2.

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

DATED this 28th day of September, 2021.

ROBERT W. FERGUSON
  Attorney General

| | |
|---|---|
| */s/ Cristina Sepe* | */s/ Jeffrey S. Weber*, WSBA #24496 |
| CRISTINA SEPE, WSBA #53609 | */s/ Roger D. Wynne*, WSBA #23399 |
| BRIAN H. ROWE, WSBA #56817 | */s/ Derrick De Vera*, WSBA #49954 |
| Assistant Attorneys General | */s/ Erica R. Franklin*, WSBA #43477 |
| JEFFREY T. EVEN, WSBA #20367 | Seattle City Attorney's Office |
| Deputy Solicitor General | 701 Fifth Ave., Suite 2050 |
| 800 Fifth Avenue, Suite 2000 | Seattle, WA 98104-7095 |
| Seattle, WA 98104 | (206) 684-8200 |
| (206) 474-7744 | jeff.weber@seattle.gov |
| (360) 753-6200 | roger.wynne@seattle.gov |
| cristina.sepe@atg.wa.gov | derrick.devera@seattle.gov |
| brian.rowe@atg.wa.gov | erica.franklin@seattle.gov |
| jeffrey.even@atg.wa.gov | |

*Attorneys for Defendant Robert W. Ferguson, in his official capacity as Attorney General of the State of Washington*

*Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 28th day of September, 2021, at Tacoma, Washington.

*/s/ Cristina Sepe*
CRISTINA SEPE, WSBA #53609
Assistant Attorney General

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744