|   |   |
|---|---|
| | The Honorable Richard A. Jones |
| | The Honorable J. Richard Creatura |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al., | NO. 2:20-cv-01323-RAJ-JRC |
| Plaintiffs, | DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | |
| JENNY A. DURKAN, in her official capacity as the Mayor of the City of Seattle; THE CITY OF SEATTLE, municipal corporation; and ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington, | |
| Defendants. | |

Pursuant to LCR 7(n), Defendants respectfully submit the recent summary judgment order of the U.S. District Court for the District of Maryland in *Willowbrook Apartment Associates, LLC v. Mayor & City Council of Baltimore*, No. 20-cv-01818-SAG, 2021 WL 4441192 (D. Md. Sept. 27, 2021), as supplemental authority in support of their Cross-Motions for Summary Judgment and reply briefs in support of those motions (Dkt. Nos. 103, 104, 120, and 121). The order is attached as Exhibit 1.

DATED this 5th day of October, 2021.

//

//

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

ROBERT W. FERGUSON
  Attorney General

/s/ Cristina Sepe
CRISTINA SEPE, WSBA No. 53609
BRIAN H. ROWE, WSBA No. 56817
  Assistant Attorneys General
JEFFREY T. EVEN, WSBA No. 20367
  Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 474-7744
(360) 753-6200
cristina.sepe@atg.wa.gov
brian.rowe@atg.wa.gov
jeffrey.even@atg.wa.gov

*Attorneys for Defendant Robert W. Ferguson, in his official capacity as Attorney General of the State of Washington*

/s/ Jeffrey S. Weber, WSBA #24496
/s/ Roger D. Wynne, WSBA #23399
/s/ Derrick De Vera, WSBA #49954
/s/ Erica R. Franklin, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
derrick.devera@seattle.gov
erica.franklin@seattle.gov

*Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

## **DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 5th day of October, 2021, at Tacoma, Washington.

*/s/ Cristina Sepe*
CRISTINA SEPE, WSBA No. 53609
Assistant Attorney General

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744