Hon. Richard A. Jones
Hon. J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

El PAPEL LLC, *et al.*,

    Plaintiffs,

vs.

JENNY A. DURKAN, *et al.*,

    Defendants.

No. 2:20-cv-01323-RAJ-JRC

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE RECODIFICATION

Pursuant to LCR 7(n), or in the alternative LCR 7(m), Defendant City of Seattle respectfully submits notice that Seattle Municipal Code ("SMC") 22.206.160.C was recently recodified as SMC Chapter 22.205. That resulted in the City's "six-month defense" at issue in this action (adopted by Ord. 126075, *see* Dkt. # 17-11) being recodified from SMC 22.206.160.C.9 to SMC 22.205.090. The recodification effected no substantive change to the six-month defense. New SMC 22.205.090, like the rest of the Code, is available online: https://library.municode.com/wa/seattle/codes/municipal_code?nodeId=TIT22BUCOCO_SUBTITLE_IIHOCO_CH22.205JUCAEV_22.205.090DERE2020EVMO.

//

//

//

//

---

DEFENDANT CITY OF SEATTLE'S NOTICE OF
SUPPLEMENTAL AUTHORITY RE RECODIFICATION - 1
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Respectfully submitted October 27, 2021.

        PETER S. HOLMES
        Seattle City Attorney

By:    */s/ Jeffrey S. Weber*, WSBA #24496
       */s/ Roger D. Wynne*, WSBA #23399
       */s/ Derrick De Vera*, WSBA #49954
       */s/ Erica R. Franklin*, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
erica.franklin@seattle.gov
derrick.devera@seattle.gov
*Assistant City Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE RECODIFICATION - 2
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200