Hon. Richard A. Jones
Hon. J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| El PAPEL LLC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>JENNY A. DURKAN, *et al.*,<br><br>Defendants. | No. 2:20-cv-01323-RAJ-JRC<br><br>DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE *CDK GLOBAL* |

Pursuant to LCR 7(n), Defendant City of Seattle respectfully submits *CDK Global LLC v. Brnovich*, ___ F.4th ___, 2021 WL 4944824, *10 (9th Cir. Oct. 25, 2021)**,** as supplemental authority in support of its Cross-Motion for Summary Judgment (see Dkt. #s 103, 120, and 132). A copy of *CDK Global* is attached as Exhibit 1.

//

//

//

//

//

//

//

//

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL
AUTHORITY RE *CDK GLOBAL* - 1
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Respectfully submitted November 2, 2021.

                PETER S. HOLMES
                Seattle City Attorney

By:    */s/ Jeffrey S. Weber*, WSBA #24496
         */s/ Roger D. Wynne*, WSBA #23399
         */s/ Derrick De Vera*, WSBA #49954
         */s/ Erica R. Franklin*, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
erica.franklin@seattle.gov
derrick.devera@seattle.gov
*Assistant City Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE *CDK GLOBAL* - 2
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200