Hon. Richard A. Jones
Hon. J. Richard Creatura

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC and BERMAN 2, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington; JENNY A. DURKAN, in her official capacity as the Mayor of the City of Seattle; and THE CITY OF SEATTLE, a municipal corporation,<br><br>Defendants. | Civil Action No. 2:20-cv-01323-RAJ-JRC<br><br>**PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs wish to notify the Court of a recent ruling from the Second Circuit Court of Appeals in *Melendez v. City of New York*, No. 20-4238-cv, 2021 WL 4997666 (2d Cir. Oct. 28, 2021) which is relevant to this dispute. The opinion is attached as Exhibit 1.

With respect to whether the eviction bans cause a substantial impairment under the Contract Clause, *see id.* at *31: "[T]he practical likelihood of landlords such as plaintiff Bochner recovering rent arrears from delinquent small business tenants appears speculative at best." *Compare with*

Pl.s' 4th Not. of Supplemental Authority - 1
Case No:  2:20-cv-01323-RAJ-JRC

Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
(425) 576-0484

Def. City of Seattle's Opening/Response Brief on Cross-Motions for Summ. J., Dkt. #103 at 13: "The enactments do not absolve tenants from their obligation to pay rent."

With respect to whether the eviction bans are an appropriate and reasonable means of addressing pandemic relief under the Contract Clause:

- S*ee Melendez* at *38: "Here too, the City did not afford Guaranty Law relief by appropriating existing funds or raising taxes so as to place the burden of preserving neighborhoods on the city that would benefit therefrom. Instead, it transferred the burden to the 'few shoulders' of commercial landlords. . . . [R]easonableness and appropriateness concerns are raised by a legislative decision to provide financial relief to certain persons not through public funds but by destroying the contract expectations of other persons, particularly persons not responsible for the circumstances warranting relief." *Compare with* Pls.' Combined Response and Reply ISO Pls.' Mot. for Summ. J., Dkt. #111 at 1: "[T]his case is about whether Defendants can target one segment of society to carry a disproportionate burden of the costs of [combatting the pandemic.] This they cannot do."

- *See Melendez* at *40: "[T]he failure to condition relief on guarantor need is a further reason why the Guaranty Law cannot be deemed reasonable and appropriate to its public purpose as a matter of law." *Compare with* Dkt. #111 at 17: "The eviction bans are not precisely and reasonably designed to meet the governments' objectives because their protections extend to those tenants who are not suffering financial hardship and are not at risk of homelessness."

- *See Melendez* at *41: "[T]he reasonableness of the Guaranty Law as a means to serve the City's stated public purpose is also called into question by the law's failure to provide for landlords or their principals to be compensated for damages or losses sustained as a result of their guaranties' impairment." *Compare with* Pls.' Mot. for Summ. J., Dkt. #93 at 15: "The eviction bans fail to provide an enforceable requirement that tenants protected from eviction pay anything during the interim as a condition of that protection."

Pl.s' 4th Not. of Supplemental Authority - 2
Case No:  2:20-cv-01323-RAJ-JRC

Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
(425) 576-0484

DATED: November 3, 2021.

Respectfully submitted,

| | |
|---|---|
| s/ ETHAN W. BLEVINS | s/ KATHRYN D. VALOIS |
| s/ BRIAN T. HODGES | Kathryn D. Valois* |
| Ethan W. Blevins, WSBA # 48219 | Fla. Bar. No. 1010150 |
| Brian T. Hodges, WSBA # 31976 | Pacific Legal Foundation |
| Pacific Legal Foundation | 4440 PGA Blvd., Suite 307 |
| 255 South King Street, Suite 800 | Palm Beach Gardens, Florida 33410 |
| Seattle, Washington 98104 | Telephone: (561) 691-5000 |
| Telephone: (425) 576-0484 | Email: KValois@pacificlegal.org |
| Email: EBlevins@pacificlegal.org | |
| Email: BHodges@pacificlegal.org | * *Pro hac vice* |

*Attorneys for Plaintiffs*

Pl.s' 4th Not. of Supplemental Authority - 3
Case No: 2:20-cv-01323-RAJ-JRC

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ ETHAN W. BLEVINS
Ethan W. Blevins, WSBA # 48219

*Attorney for Plaintiffs*

Pl.s' 4th Not. of Supplemental Authority - 4
Case No:  2:20-cv-01323-RAJ-JRC

Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
(425) 576-0484