Hon. Richard A. Jones
Hon. J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| El PAPEL LLC, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JENNY A. DURKAN, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 2:20-cv-01323-RAJ-JRC<br><br>DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE EXTENSION OF CITY MORATORIUM |

Pursuant to LCR 7(n), or in the alternative LCR 7(m), Defendant City of Seattle respectfully submits Executive Order 2022-01: COVID-19 Civil Emergency – Extensions of City Relief Measures, dated January 13, 2022 ("Order"), which extends the City's eviction moratorium through February 14, 2022, as supplemental authority in support of its Reply Re: Its Cross-Motion for Summary Judgment (Dkt. #120, hereafter "Reply").  The Order was issued after the City's Reply was filed.  The Order is attached hereto as Exhibit 1.

//

//

//

//

//

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL
AUTHORITY RE EXTENSION OF CITY MORATORIUM - 1
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Respectfully submitted January 14, 2022.

ANN DAVISON
Seattle City Attorney

By:   */s/ Jeffrey S. Weber*, WSBA #24496
        */s/ Roger D. Wynne*, WSBA #23399
        */s/ Erica R. Franklin*, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
erica.franklin@seattle.gov
*Assistant City Attorneys for Defendants City of Seattle and Jenny A. Durkan, in her official capacity as the Mayor of the City of Seattle*

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL
AUTHORITY RE EXTENSION OF CITY MORATORIUM - 2
*El Papel LLC v. Durkan*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200