The Honorable Richard A. Jones
The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EL PAPEL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE HARRELL, in his official capacity as the Mayor of the City of Seattle; THE CITY OF SEATTLE, municipal corporation; and ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington, <br><br> Defendants. | NO. 2:20-cv-01323-RAJ-JRC <br><br> DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY |

Pursuant to LCR 7(n), Defendants[1] respectfully submit the following supplemental authorities in support of their Cross-Motions for Summary Judgment and reply briefs in support of those motions (Dkt. Nos. 103, 104, 120, and 121):

1. The U.S. Court of Appeals for the Ninth Circuit's opinion in *Ballinger v. City of Oakland*, -- F.4th ---, No. 19-16550, 2022 WL 289180 (9th Cir. Feb. 1, 2022). The opinion is attached as Exhibit 1.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Bruce Harrell, the current Mayor of the City of Seattle, is substituted as a party in place of Jenny Durkan, the former Mayor.

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

2.  The U.S. District Court for the District of Oregon's order in *Farhoud v. Brown*, No. 3:20-cv-2226-JR, 2022 WL 326092 (D. Or. Feb. 3, 2022). The order is attached as Exhibit 2.

DATED this 8th day of February, 2022.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | ANN DAVISON<br>Seattle City Attorney |
| */s/ Cristina Sepe*<br>CRISTINA SEPE, WSBA No. 53609<br>BRIAN H. ROWE, WSBA No. 56817<br>  Assistant Attorneys General<br>JEFFREY T. EVEN, WSBA No. 20367<br>  Deputy Solicitor General<br>800 Fifth Ave., Suite 2000<br>Seattle, WA 98104<br>(206) 474-7744<br>(360) 753-6200<br>cristina.sepe@atg.wa.gov<br>brian.rowe@atg.wa.gov<br>jeffrey.even@atg.wa.gov<br><br>*Attorneys for Defendant Robert W. Ferguson, in his official capacity as Attorney General of the State of Washington* | */s/ Jeffrey S. Weber*, WSBA #24496<br>*/s/ Roger D. Wynne*, WSBA #23399<br>*/s/ Erica R. Franklin*, WSBA #43477<br>Seattle City Attorney's Office<br>701 Fifth Ave., Suite 2050<br>Seattle, WA 98104-7095<br>(206) 684-8200<br>jeff.weber@seattle.gov<br>roger.wynne@seattle.gov<br>erica.franklin@seattle.gov<br><br>*Attorneys for Defendants City of Seattle and Bruce Harrell, in his official capacity as the Mayor of the City of Seattle* |

DEFENDANTS' JOINT NOTICE OF
SUPPLEMENTAL AUTHORITY
NO.  2:20-cv-01323-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 8th day of February, 2022, at Tacoma, Washington.

*/s/ Cristina Sepe*
CRISTINA SEPE, WSBA No. 53609
Assistant Attorney General

DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 2:20-cv-01323-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744