Hon. Richard A. Jones
Hon. J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| El PAPEL LLC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BRUCE HARRELL, *et al.*,<br><br>Defendants. | No. 2:20-cv-01323-RAJ-JRC<br><br>DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE EXTENSION OF CITY MORATORIUM |

Pursuant to LCR 7(n), or in the alternative LCR 7(m), Defendant City of Seattle respectfully submits Executive Order 2022-03: COVID-19 Civil Emergency – Extensions of City Eviction Moratoria, dated February 11, 2022 ("Order"), which extends the City's eviction moratorium through February 28, 2022, as supplemental authority in support of its Reply Re: Its Cross-Motion for Summary Judgment (Dkt. #120, hereafter "Reply"). The Order was issued after the City's Reply was filed. The Order is attached hereto as Exhibit 1.

//

//

//

//

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL
AUTHORITY RE EXTENSION OF CITY MORATORIUM - 1
*El Papel LLC v. Harrell*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1 Respectfully submitted February 14, 2022.

ANN DAVISON
Seattle City Attorney

By: */s/ Jeffrey S. Weber*, WSBA #24496
　　　*/s/ Roger D. Wynne*, WSBA #23399
　　　*/s/ Erica R. Franklin*, WSBA #43477
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
jeff.weber@seattle.gov
roger.wynne@seattle.gov
erica.franklin@seattle.gov
*Assistant City Attorneys for Defendants City of Seattle and Bruce Harrell, in his official capacity as the Mayor of the City of Seattle*

DEFENDANT CITY OF SEATTLE'S NOTICE OF SUPPLEMENTAL
AUTHORITY RE EXTENSION OF CITY MORATORIUM - 2
*El Papel LLC v. Harrell*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

# EXHIBIT 1

Case 2:20-cv-01323-RAJ   Document 159   Filed 02/14/22   Page 4 of 5

Executive Order 2022-03  (Extension of City Eviction Moratoria)
February 11, 2022
Page 1 of 2

FILED
12:31 pm, Fri, February 11, 2022
OFFICE OF THE CITY CLERK



**City of Seattle**
**Mayor Bruce Harrell**

**Office of the Mayor**
**City of Seattle**
Bruce A. Harrell, Mayor

**Executive Order 2022-03: COVID-19 Civil Emergency – Extensions of City Eviction Moratoria**

*An Executive Order to further extend actions to combat the spread of the COVID-19 pandemic and to mitigate the impact of the public health emergency on the people of Seattle.*

WHEREAS, former Mayor Jenny A. Durkan proclaimed that a civil emergency exists in the City of Seattle in the Mayoral Proclamation of Civil Emergency dated March 3, 2020; and

WHEREAS, on March 16 and 17, 2020, Emergency Orders were issued placing a temporary moratorium on residential evictions, as well as evictions of small business and non-profit organization commercial tenants, respectively; and

WHEREAS**,** while Seattle has been very successful in achieving a high rate of vaccination against COVID-19 among the City's residents, the Omicron variant poses a new and serious threat due to its heightened contagiousness; and

WHEREAS**,** after a substantial surge related to the Omicron variant, reported COVID-19 cases and hospitalizations are now trending downward, but continued downward movement of these numbers is still needed before the heightened risk from the Omicron variant can be said to have passed, and health system stress continues to be a concern; and

WHEREAS**,** the COVID-19 crisis has had a significant impact on the local economy.  Improvements in economic conditions since the start of the pandemic have been put at risk due to the Omicron variant;

NOW, THEREFORE, I, Bruce A. Harrell, Mayor of Seattle, hereby order the extension of the following measures to help combat the COVID-19 pandemic in our community and promote the health and well-being of the people of Seattle:

Executive Order 2022-03  (Extension of City Eviction Moratoria)
February 11, 2022
Page 2 of 2

A. **Emergency Moratorium on Residential Evictions**

On March 16, 2020, an Emergency Order was issued imposing a moratorium on residential evictions for sixty days, or until the termination of the Civil Emergency, whichever is earlier. Subsequent orders extended the moratorium through February 14, 2022.

Given the ongoing COVID-19 public health emergency, the Emergency Order, dated March 16, 2020, imposing a moratorium on residential evictions is hereby extended through February 28, 2022, at which point the Emergency Moratorium on Residential Evictions will sunset and Ordinance 126075's six-month defense against evictions due to financial hardship goes into effect.

B. **Emergency Moratorium on Small Business and Non-Profit Commercial Tenant Evictions**

On March 17, 2020, an Emergency Order was issued imposing a moratorium on evictions of small business and non-profit commercial tenants for sixty days, or until the termination of the Civil Emergency, whichever is earlier. Subsequent orders extended the moratorium through February 14, 2022.

Given the ongoing COVID-19 public health emergency, the Emergency Order, dated March 17, 2020, imposing a moratorium on evictions of small business and non-profit commercial tenants is hereby extended through February 28, 2022.

Any questions regarding this Executive Order should be directed to Policy Director Dan Eder, Office of the Mayor.

Dated this 11th day of February, 2022.

*Bruce A. Harrell*

Bruce A. Harrell
Mayor of Seattle