Hon. Richard A. Jones
Hon. J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

El PAPEL LLC, *et al.*,

    Plaintiffs,

vs.

BRUCE HARRELL, *et al.*,

    Defendants.

No. 2:20-cv-01323-RAJ-JRC

(PROPOSED) ORDER MODIFYING REPORT AND RECOMMENDATION AND ADOPTING REPORT AND RECOMMENDATION AS MODIFIED

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, the objections to the report and recommendation, the City of Seattle's Supplemental Cross-Motion for Summary Judgment Re Mootness and Motion to Modify Report and Recommendation ("Supplemental Motion"), and subsequent pleadings, finds and ORDERS:

(1) The City's Supplemental Motion (Dkt. 162) is granted. Based on changed circumstances since the report and recommendation was issued, the Court modifies the report and recommendation to provide that Plaintiffs' requests for injunctive and declaratory relief as to the City's eviction moratorium should be dismissed as moot, and dismisses those requests as moot.

(PROPOSED) ORDER MODIFYING REPORT AND RECOMMENDATION AND
ADOPTING REPORT AND RECOMMENDATION AS MODIFIED - 1
*El Papel LLC v. Harrell*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

(2) In response to Defendant Robert W. Ferguson's objections to the report and recommendation, the Court modifies the report and recommendation to provide that Plaintiffs' request for declaratory relief as to the State moratorium should be dismissed as moot, and dismisses that request as moot.

(3) The Court clarifies the report and recommendation as follows:

    at page 27, line 9, the reference to "six months after" should say "one year after";

    at page 30, line 9, the phrase "something other than financial hardship caused by COVID-19" should be truncated to read "something other than financial hardship"; and

    in footnote 10, the phrase "the Court does not address the parties' arguments regarding whether the leases are a substantial impairment to contracts" should be modified to refer to "eviction restrictions" rather than "leases."

(4) Plaintiffs' objections to the report and recommendation are denied.

(5) The Court adopts the report and recommendation as modified by paragraphs (1) – (3).

(6) Subject to the modifications in paragraphs (1) – (3), Defendants' cross-motions for summary judgment (Dkts. 103, 104; *see also* Dkt. 110) are granted, Plaintiffs' cross-motion for summary judgment (Dkt. 93) is denied, and this matter is dismissed with prejudice.

(7) The Clerk is directed to send a copy of this Order to Hon. J. Richard Creatura.

DATED this _____ day of _____, 2022.

 

                                                 _____
                                                 RICHARD A. JONES
                                                 UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER MODIFYING REPORT AND RECOMMENDATION AND ADOPTING REPORT AND RECOMMENDATION AS MODIFIED - 2
*El Papel LLC v. Harrell*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Presented by:

ANN DAVISON
Seattle City Attorney

By:   */s/ Jeffrey S. Weber*, WSBA #24496
      */s/ Roger D. Wynne*, WSBA #23399
      */s/ Erica R. Franklin*, WSBA #43477
      Seattle City Attorney's Office
      701 Fifth Ave., Suite 2050
      Seattle, WA 98104-7095
      Ph: (206) 684-8200
      jeff.weber@seattle.gov
      roger.wynne@seattle.gov
      erica.franklin@seattle.gov
      *Assistant City Attorneys for Defendants City of Seattle and*
      *Bruce Harrell, in his official capacity as the Mayor of the City of Seattle*

(PROPOSED) ORDER MODIFYING REPORT AND RECOMMENDATION AND
ADOPTING REPORT AND RECOMMENDATION AS MODIFIED - 3
*El Papel LLC v. Harrell*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200