Hon. Richard A. Jones
Hon. J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| El PAPEL LLC, et al., | No. 2:20-CV-01323-RAJ |
| Plaintiffs, | |
| vs. | NOTICE OF WITHDRAWAL OF COUNSEL |
| BRUCE HARRELL, et al., | |
| Defendants. | |

Please note that Janet Chung has withdrawn as counsel for Amicus Curiae Columbia Legal Services. Sarah R. Nagy will continue to serve as counsel for *Amicus Curiae* Columbia Legal Services.

Respectfully submitted April 26, 2022.

COLUMBIA LEGAL SERVICES

s/Janet Chung
Janet Chung, WSBA #28535
COLUMBIA LEGAL SERVICES
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 287-8613
janet.chung@columbialegal.org

NOTICE OF WITHDRAWAL OF COUNSEL - 1

COLUMBIA LEGAL SERVICES
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 287-8613

*Attorney for Amicus Curiae Columbia Legal Services*

NOTICE OF WITHDRAWAL OF COUNSEL - 2

COLUMBIA LEGAL SERVICES
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 287-8613

# CERTIFICATE OF SERVICE

Martha Marquez declares as follows:

I hereby certify that on April 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

DATED this 26th day of April 2022.

/s/ Martha Marquez
MARTHA MARQUEZ
Legal Assistant

Columbia Legal Services
PO Box 2927
Yakima, WA 98907
Phone: (209) 575-5592