Hon. Richard Jones
Hon. J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| El PAPEL LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRUCE HARRELL, et al., <br><br> Defendants. | No.   2:20-CV-01323-RAJ-JRC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE NOTE that Assistant City Attorney Erica Franklin withdraws as counsel for Defendants City of Seattle and Bruce Harrell in this action. Assistant City Attorneys Roger Wynne and Jeffrey Weber remain as counsel of record.

//

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL - 1
*El Papel LLC v. Harrell*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1  DATED this 13th day of June 2022.

2                          ANN DAVISON
                        Seattle City Attorney

4  By:   */s/Roger Wynne*
         Roger Wynne, WSBA# 23399
5          Jeff Weber, WSBA# 24496
         Erica Franklin, WSBA# 43477

         Seattle City Attorney's Office
7          701 Fifth Ave., Suite 2050
         Seattle, WA 98104-7095
8          Ph: (206) 684-8200
         jeff.weber@seattle.gov
9          roger.wynne@seattle.gov
         erica.franklin@seattle.gov
10        *Assistant City Attorneys for Defendants City of Seattle and Bruce Harrell, in his official capacity as the Mayor of the City of Seattle*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
*El Papel LLC v. Harrell*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200