Hon. Richard A. Jones
Hon. J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

El PAPEL LLC, *et al.*,

    Plaintiffs,

vs.

BRUCE HARREL, *et al.*,

    Defendants.

No. 2:20-cv-01323-RAJ-JRC

PLAINTIFFS' AND DEFENDANT CITY OF SEATTLE'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY AND JOINT STATEMENT RE *RHA v. CITY OF SEATTLE*

On March 25, 2022, Plaintiffs and Defendant City of Seattle jointly submitted *Rental Housing Ass'n of Wash. v. City of Seattle*, No. 82469-4-I, 2022 WL 831450 (Wash. Ct. App. March 21, 2022) ("*RHA I*"), as supplemental authority in support of their briefing on their respective cross-motions for summary judgment. Dkt. # 164 (citing Dkt. Nos. 93, 103, 111, 120, 130, 132, 147, 151). *See* LCR 7(n).

In response to a motion for reconsideration, Division I of the Washington State Court of Appeals recently withdrew *RHA I* and issued a substitute opinion. *Rental Housing Ass'n of Wash. v. City of Seattle*, No. 82469-4-I, 2022 WL 2206107 (Wash. Ct. App. June 21, 2022) ("*RHA II*"). Plaintiffs and the City jointly submit *RHA II*, attached as Exhibit 1, as supplemental authority in support of the briefing cited in their notice regarding *RHA I*.

PLAINTIFFS' AND DEFENDANT CITY OF SEATTLE'S
SECOND NOTICE OF SUPPLEMENTAL AUTHORITY AND
JOINT STATEMENT RE *RHA v. CITY OF SEATTLE* - 1
*El Papel LLC v. Harrel*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

To avoid confusion, Plaintiffs and the City also jointly offer two points regarding *RHA II*, similar to the points they offered regarding *RHA I*. First, *RHA II* involves the City's six-month defense and repayment plan requirement, which are also at issue in this action. Unlike in this action, *RHA II* involves no challenge to the City's eviction moratorium, the final version of which the Seattle City Council adopted by Resolution 31938. Dkt. # 25-8.

Second, although *RHA II* reversed the trial court by ruling that a portion of the six-month defense violates procedural due process guarantees, that ruling does not moot this action's challenge to the six-month defense. *RHA II* is not final until an appellate court issues a mandate, *see* Wash. Rules App. Proc. 12.2, which must await any further motion for reconsideration or petition for review to the Washington Supreme Court. *See* Wash. Rules App. Proc. 12.5. Moreover, the Seattle City Council amended the six-month defense to respond to *RHA I*'s resolution of a procedural due process claim. *RHA I* ruled that the six-month defense violates procedural due process guarantees by allowing a tenant to self-certify or declare a financial hardship without allowing the landlord to rebut that fact. *See RHA I*, Dkt. # 164-1 at pp. 13–14. *Accord RHA II* at pp. 19–20 (attached as Ex. 1). The Council passed, and the Mayor signed, Ordinance 126593, attached as Exhibit 2, Section 1 of which amends the six-month defense to allow the landlord to rebut a tenant's self-certification or declaration of financial hardship. Nothing in that ordinance affects Plaintiffs' challenge to the six-month defense in this action.

//

//

//

//

PLAINTIFFS' AND DEFENDANT CITY OF SEATTLE'S
SECOND NOTICE OF SUPPLEMENTAL AUTHORITY AND
JOINT STATEMENT RE *RHA v. CITY OF SEATTLE* - 2
*El Papel LLC v. Harrel*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Respectfully submitted June 23, 2022.

| | |
|---|---|
| ANN DAVISON<br>Seattle City Attorney<br><br>By:     */s/ Jeffrey S. Weber*, WSBA #24496<br>          */s/ Roger D. Wynne*, WSBA #23399<br>Seattle City Attorney's Office<br>701 Fifth Ave., Suite 2050<br>Seattle, WA 98104-7095<br>Ph: (206) 684-8200<br>jeff.weber@seattle.gov<br>roger.wynne@seattle.gov<br>*Assistant City Attorneys for Defendants City of Seattle and Bruce Harrel, in his official capacity as the Mayor of the City of Seattle* | PACIFIC LEGAL FOUNDATION<br><br>By:     */s/ Ethan W. Blevins*, WSBA # 48219<br>          */s/ Brian T. Hodges*, WSBA # 31976<br>Pacific Legal Foundation<br>255 South King Street, Suite 800<br>Seattle, WA 98104<br>Ph: (425) 576-0484<br>EBlevins@pacificlegal.org<br>BHodges@pacificlegal.org<br><br>By:     */s/ Kathryn D. Valois,*<br>                Fla. Bar. No. 1010150\*<br>Pacific Legal Foundation<br>4440 PGA Blvd., Suite 307<br>Palm Beach Gardens, FL 33410<br>Ph: (561) 691-5000<br>KValois@pacificlegal.org<br>          *\*Pro hac vice*<br>*Attorneys for Plaintiffs* |

PLAINTIFFS' AND DEFENDANT CITY OF SEATTLE'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY AND JOINT STATEMENT RE *RHA v. CITY OF SEATTLE* - 3
*El Papel LLC v. Harrel*, No. 2:20-cv-01323-RAJ-JRC

**Ann Davison**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200