# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EL PAPEL LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JENNY A. DURKAN, *et al.*,<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:20-cv-01323-RAJ-JRC |

\_\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT defendants' cross-motions for summary judgment (Dkts. 103, 104, 110) are granted, Defendant's City of Seattle's supplemental motion for summary judgment (Dkt. 162) is granted, plaintiffs' motion for summary judgment (Dkt. 93) is denied, and the matter is dismissed with prejudice. The case is closed. Judgment is for defendants.

Dated July 20, 2022.

Ravi Subramanian
Clerk of the Court


Sandra Rawski
Deputy Clerk
